# Exhibit A

| Award Number | DOE Office | Recipient Name | Place of Performance State | Notes |
|---|---|---|---|---|
| CD0000004 | OCED | NAVAJO TRANSITIONAL ENERGY COMPANY, LLC | NM | |
| CD0000029 | OCED | XCEL ENERGY SERVICES INC. | MN | |
| CD0000030 | OCED | URBAN ELECTRIC POWER INCORPORATED | NY | |
| CD0000034 | OCED | CHARGE BLISS, INC | CA | |
| CD0000035 | OCED | REJOULE INCORPORATED | MN | |
| CD0000036 | OCED | SMARTVILLE INC | CA | |
| CD0000040 | OCED | PACIFIC NORTHWEST HYDROGEN ASSOCIATION | WA | |
| CD0000041 | OCED | ARCHES H2 LLC | CA | |
| CD0000066 | OCED | UNITED POWER, INC. | CO | |
| CD0000074 | OCED | WEST BIOFUELS LLC | CA | |
| CD0000079 | OCED | BRIMSTONE COMMERCIAL, LLC | CA | ALREADY PROCESSED |
| CD0000082 | OCED | GALLO GLASS CO | CA | ALREADY PROCESSED |
| CD0000103 | OCED | SUBLIME SYSTEMS, INC. | MA | ALREADY PROCESSED |
| CD0000107 | OCED | NATIONAL CEMENT COMPANY OF CALIFORNIA, INC. | CA | ALREADY PROCESSED |
| CD0000109 | OCED | NIPPON DYNAWAVE PACKAGING COMPANY, LLC | WA | ALREADY PROCESSED |
| CD0000113 | OCED | MINERAL BASIN SOLAR POWER, LLC | MA | ALREADY PROCESSED |
| MS0000074 | MESC | NANORAMIC, INC. | MA | |
| MS0000097 | MESC | BITZER SCROLL INC | NY | |
| MS0000127 | MESC | MOMENT ENERGY INC | DE | |
| MS0000128 | MESC | CLEANFIBER INC. | WA | |
| MS0000134 | MESC | URBAN MINING INDUSTRIES, LLC | NY | |
| MS0000137 | MESC | FURNO MATERIALS INC | IL | |
| MS0000156 | MESC | PACCAR INC | WA | |
| GD0000886 | GDO | KIT CARSON ELECTRIC COOPERATIVE, INC. | NM | |
| GD0000887 | GDO | JAMESTOWN BOARD OF PUBLIC UTILITIES | NY | |
| GD0000895 | GDO | LIBERTY UTILITIES (CALPECO ELECTRIC) LLC | CA | |
| GD0000896 | GDO | NATIONAL GRID USA SERVICE COMPANY, INC. | MA | |
| GD0000900 | GDO | COMMONWEALTH EDISON CO | IL | |
| GD0000901 | GDO | PORTLAND GENERAL ELECTRIC COMPANY | OR | |
| GD0000902 | GDO | SACRAMENTO MUNICIPAL UTILITY DISTRICT | CA | |
| GD0000903 | GDO | LOS ANGELES DEPARTMENT OF WATER & POWER | CA | |
| GD0000911 | GDO | CITY OF NAPERVILLE | IL | |
| GD0000915 | GDO | GENERAC GRID SERVICES LLC | CO | |
| GD0000924 | GDO | ALLETE INC | MN | |
| GD0000927 | GDO | TRI-STATE GENERATION AND TRANSMISSION ASSOCIATION, INC. | CO | |
| GD0000929 | GDO | BUSINESS, ECONOMIC DEVELOPMENT AND TOURISM, HAWAI'I DEPARTMENT OF | HI | |
| GD0000930 | GDO | BUSINESS, ECONOMIC DEVELOPMENT AND TOURISM, HAWAI'I DEPARTMENT OF | HI | |
| GD0000931 | GDO | DEPARTMENT OF COMMERCE MINNESOTA | MN | |
| GD0000934 | GDO | WARM SPRINGS POWER ENTERPRISES | OR | |
| GD0000962 | GDO | STATE OF CALIFORNIA ENERGY COMMISSION | CA | |
| GD0000967 | GDO | REDWOOD COAST ENERGY AUTHORITY | CA | |
| GD0001006 | GDO | AMERESCO INC | HI | |
| GD0001009 | GDO | BALTIMORE GAS & ELECTRIC COMPANY | MD | |
| GD0001014 | GDO | EXELON BUSINESS SERVICES COMPANY | IL | |
| GD0001021 | GDO | HIGHLAND ELECTRIC FLEETS INC | MA | |
| GD0001022 | GDO | IMPERIAL IRRIGATION DISTRICT | CA | |
| GD0001023 | GDO | OTTER TAIL POWER CO | MN | |
| GD0001024 | GDO | PNM | NM | |
| GD0001025 | GDO | SOUTHERN CALIFORNIA EDISON COMPANY | CA | |
| FE0028979 | FE | INSTITUTE OF GAS TECHNOLOGY | IL | |
| FE0031587 | FE | MEMBRANE TECHNOLOGY AND RESEARCH, INC. | CA | |
| FE0031945 | FE | ELECTRIC POWER RESEARCH INSTITUTE INC | CA | |
| FE0031946 | FE | INSTITUTE OF GAS TECHNOLOGY | IL | |
| FE0031974 | FE | FUELCELL ENERGY INC | CT | |
| FE0031993 | FE | ELECTRIC POWER RESEARCH INSTITUTE INC | CA | |
| FE0032151 | FE | TDA RESEARCH, INC. | CO | |
| FE0032169 | FE | RTX CORPORATION | CT | |
| FE0032170 | FE | GENERAL ELECTRIC COMPANY | NY | |
| FE0032171 | FE | RTX CORPORATION | CT | |
| FE0032172 | FE | INSTITUTE OF GAS TECHNOLOGY | IL | |
| FE0032173 | FE | GE VERNOVA OPERATIONS LLC | NY | |
| FE0032219 | FE | UNIVERSITY OF ILLINOIS | IL | |
| FE0032223 | FE | ELECTRIC POWER RESEARCH INSTITUTE INC | CA | |
| FE0032229 | FE | COLORADO STATE UNIVERSITY | CO | |
| FE0032239 | FE | INSTITUTE OF GAS TECHNOLOGY | IL | |
| FE0032251 | FE | PALO ALTO RESEARCH CENTER LLC | CA | |

| Award Number | DOE Office | Recipient Name | Place of Performance State | Notes |
|---|---|---|---|---|
| FE0032253 | FE | CYG NITTANY, LLC | CA | |
| FE0032260 | FE | TDA RESEARCH, INC. | CO | |
| FE0032276 | FE | COLORADO STATE UNIVERSITY | CO | |
| FE0032288 | FE | COLORADO STATE UNIVERSITY | CO | |
| FE0032298 | FE | INSTITUTE OF GAS TECHNOLOGY | IL | |
| FE0032305 | FE | SONOMA TECHNOLOGY, INC. | CA | |
| FE0032310 | FE | INSIGHT M INC. | CA | |
| FE0032321 | FE | UNIVERSITY OF CALIFORNIA, LOS ANGELES | CA | |
| FE0032329 | FE | OCEANIT LABORATORIES INC | HI | |
| FE0032340 | FE | UNIVERSITY OF ILLINOIS | IL | |
| FE0032342 | FE | TRUSTEES OF THE COLORADO SCHOOL OF MINES | CO | |
| FE0032375 | FE | UNIVERSITY OF ILLINOIS | IL | |
| FE0032376 | FE | UNIVERSITY OF ILLINOIS | IL | |
| FE0032377 | FE | ROCKY MOUNTAIN INSTITUTE | CO | |
| FE0032378 | FE | UNIVERSITY OF ILLINOIS | IL | |
| FE0032380 | FE | GE VERNOVA OPERATIONS LLC | NY | |
| FE0032382 | FE | REGENTS OF THE UNIVERSITY OF CALIFORNIA, THE | CA | |
| FE0032383 | FE | AERA FEDERAL LLC | CA | |
| FE0032386 | FE | NORTHWESTERN UNIVERSITY | IL | |
| FE0032389 | FE | ELECTRIC POWER RESEARCH INSTITUTE INC | CA | |
| FE0032393 | FE | CARBON CAPTURE INC | CA | |
| FE0032396 | FE | C-CRETE TECHNOLOGIES LLC | CA | |
| FE0032440 | FE | PROJEO CORPORATION | IL | |
| FE0032442 | FE | NEW MEXICO INSTITUTE OF MINING AND TECHNOLOGY | NM | |
| FE0032450 | FE | TRUSTEES OF THE COLORADO SCHOOL OF MINES | CO | |
| FE0032451 | FE | ELECTRIC POWER RESEARCH INSTITUTE INC | CA | |
| FE0032457 | FE | UNIVERSITY OF ILLINOIS | IL | |
| FE0032462 | FE | MEMBRANE TECHNOLOGY AND RESEARCH, INC. | CA | |
| FE0032466 | FE | INSTITUTE OF GAS TECHNOLOGY | IL | |
| FE0032479 | FE | THE LELAND STANFORD JUNIOR UNIVERSITY | CA | |
| FE0032485 | FE | NEW MEXICO INSTITUTE OF MINING AND TECHNOLOGY | NM | |
| FE0032499 | FE | BKV DCARBON HIGH WEST, LLC | CO | |
| FE0032509 | FE | ZUCO2 TRANSPORT LLC | CA | |
| FE0032530 | FE | INSTITUTE OF GAS TECHNOLOGY | IL | |
| FE0032541 | FE | PIONEER ENERGY INC | CO | |
| FE0032657 | FE | COLORADO STATE UNIVERSITY | CO | |
| FE0032658 | FE | INSTITUTE OF GAS TECHNOLOGY | IL | |
| FE0032659 | FE | TRIBAL ENERGY CONSORTIUM | CO | |
| FE0032660 | FE | COLORADO STATE UNIVERSITY | CO | |
| FE0032665 | FE | INSTITUTE OF GAS TECHNOLOGY | IL | |
| FE0032666 | FE | NEW MEXICO INSTITUTE OF MINING AND TECHNOLOGY | NM | |
| FE0032667 | FE | REGENTS OF THE UNIVERSITY OF CALIFORNIA AT RIVERSIDE | CA | |
| FE0032677 | FE | WINDFALL BIO, INC | CA | |
| FE0032678 | FE | NEW MEXICO INSTITUTE OF MINING AND TECHNOLOGY | NM | |
| FE0032683 | FE | PIONEER ENERGY INC | CO | |
| FE0032684 | FE | PIONEER ENERGY INC | CO | |
| FE0032689 | FE | ONBOARD DYNAMICS LLC | OR | |
| FE0032690 | FE | MULTISENSOR SCIENTIFIC, INC | MA | |
| FE0032696 | FE | SONOMA TECHNOLOGY, INC. | CA | |
| FE0032697 | FE | INSTITUTE OF GAS TECHNOLOGY | IL | |
| FE0032699 | FE | COLORADO STATE UNIVERSITY | CO | |
| FE0032700 | FE | INSTITUTE OF GAS TECHNOLOGY | IL | |
| FE0032703 | FE | INTERNATIONAL BUSINESS MACHINES CORPORATION | NY | |
| EE0008390 | EERE | ENERGY RESEARCH AND DEVELOPMENT AUTHORITY, NEW YORK STATE | NY | |
| EE0008421 | EERE | PLUG POWER INC. | NY | |
| EE0008787 | EERE | GE VERNOVA OPERATIONS LLC | NY | |
| EE0008993 | EERE | SUNVAPOR, INC. | CA | |
| EE0009059 | EERE | GENERAL ELECTRIC COMPANY | CO | |
| EE0009064 | EERE | ROCKY MOUNTAIN INSTITUTE | MA | |
| EE0009343 | EERE | HELIOGEN HOLDINGS, INC. | CA | |
| EE0009424 | EERE | WOODS HOLE OCEANOGRAPHIC INSTITUTION | MA | |
| EE0009622 | EERE | CUMMINS ELECTRIFIED POWER NA INC. | CA | |
| EE0009626 | EERE | CZERO, INC. | CO | |
| EE0009639 | EERE | SILFAB SOLAR WA INC | WA | |
| EE0009640 | EERE | SOLAR DYNAMICS LLC | NM | |
| EE0009775 | EERE | SPOKANE EDO LLC | WA | |

| Award Number | DOE Office | Recipient Name | Place of Performance State | Notes |
|---|---|---|---|---|
| EE0009777 | EERE | OPEN MARKET ESCO LLC | MA | |
| EE0009778 | EERE | PORTLAND GENERAL ELECTRIC COMPANY | OR | |
| EE0009779 | EERE | SUNPOWER CORPORATION | CA | |
| EE0009780 | EERE | POST ROAD FOUNDATION | CA | |
| EE0009782 | EERE | PACIFICORP | OR | |
| EE0009783 | EERE | ELECTRIC POWER RESEARCH INSTITUTE INC | CA | |
| EE0009792 | EERE | LARGO CLEAN ENERGY CORP. | MA | |
| EE0009799 | EERE | COONAMESSETT FARM FOUNDATION, INC. | MA | |
| EE0009804 | EERE | GENERAL ELECTRIC COMPANY | NY | |
| EE0009806 | EERE | DIMENSIONAL ENERGY INC. | AZ | |
| EE0009860 | EERE | DAIMLER TRUCK NORTH AMERICA LLC | OR | |
| EE0009861 | EERE | PACCAR INC | WA | |
| EE0009951 | EERE | INTERSTATE RENEWABLE ENERGY COUNCIL INC | DC | |
| EE0009957 | EERE | LITTORAL POWER SYSTEMS, INC. | MA | |
| EE0010190 | EERE | UNIVERSITY OF CALIFORNIA, DAVIS | CA | |
| EE0010203 | EERE | UNIVERSITY OF DELAWARE | SC | |
| EE0010218 | EERE | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | MA | |
| EE0010279 | EERE | GE VERNOVA OPERATIONS LLC | NY | |
| EE0010280 | EERE | COLORADO STATE UNIVERSITY | CO | |
| EE0010289 | EERE | ELECTRIC POWER RESEARCH INSTITUTE INC | CA | |
| EE0010312 | EERE | HELIOGEN HOLDINGS, INC. | CA | |
| EE0010316 | EERE | SOLAR DYNAMICS LLC | CO | |
| EE0010318 | EERE | GE VERNOVA OPERATIONS LLC | NY | |
| EE0010383 | EERE | CORNELL UNIVERSITY | NY | |
| EE0010385 | EERE | THE GREAT PLAINS INSTITUTE FOR SUSTAINABLE DEVELOPMENT, INC. | MN | |
| EE0010407 | EERE | UNIVERSITY OF VERMONT & STATE AGRICULTURAL COLLEGE | VT | |
| EE0010422 | EERE | UNIVERSITY OF CONNECTICUT | CT | |
| EE0010424 | EERE | WASHINGTON STATE UNIVERSITY | WA | |
| EE0010425 | EERE | GE VERNOVA OPERATIONS LLC | NY | |
| EE0010439 | EERE | RUTGERS, THE STATE UNIVERSITY | NJ | |
| EE0010475 | EERE | LITESPEED ENERGY INC | CA | |
| EE0010476 | EERE | MIRAI SOLAR CORP. | CA | |
| EE0010499 | EERE | REGENTS OF THE UNIVERSITY OF CALIFORNIA, THE | CA | |
| EE0010502 | EERE | THE REGENTS OF THE UNIVERSITY OF COLORADO | CO | |
| EE0010503 | EERE | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | MA | |
| EE0010598 | EERE | DEERE & CO | ND | |
| EE0010599 | EERE | BETA TECHNOLOGIES, INC. | VT | |
| EE0010606 | EERE | CATERPILLAR INC | IL | |
| EE0010609 | EERE | CORNELL UNIVERSITY | NY | |
| EE0010610 | EERE | ADL VENTURES LLC | FL | |
| EE0010613 | EERE | CITY OF PORTLAND | OR | |
| EE0010614 | EERE | AMERICAN LUNG ASSOCIATION | IL | |
| EE0010615 | EERE | WASHINGTON STATE UNIVERSITY | WA | |
| EE0010616 | EERE | COMMUNITY ENVIRONMENTAL COUNCIL | CA | |
| EE0010617 | EERE | NORTHEAST ENERGY EFFICIENCY PARTNERSHIPS, INC. | MA | |
| EE0010619 | EERE | CALSTART, INC. | CA | |
| EE0010621 | EERE | NEW YORK CITY AND LOWER HUDSON VALLEY CLEAN COMMUNITIES, INC. | NY | |
| EE0010622 | EERE | AMERICAN LUNG ASSOCIATION | MN | |
| EE0010623 | EERE | NATIVE SUN COMMUNITY POWER DEVELOPMENT | MN | |
| EE0010624 | EERE | FRONTIER ENERGY INC | CA | |
| EE0010651 | EERE | PORTLAND GENERAL ELECTRIC COMPANY | OR | |
| EE0010652 | EERE | GE VERNOVA OPERATIONS LLC | IA | |
| EE0010654 | EERE | ELECTRIC POWER RESEARCH INSTITUTE INC | TN | |
| EE0010655 | EERE | CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. | NY | |
| EE0010656 | EERE | UNIVERSITY OF ILLINOIS | IL | |
| EE0010658 | EERE | PACIFIC GAS AND ELECTRIC COMPANY | CA | |
| EE0010724 | EERE | THE LELAND STANFORD JUNIOR UNIVERSITY | CA | |
| EE0010739 | EERE | SAINT-GOBAIN CERAMICS & PLASTICS INC | MA | |
| EE0010745 | EERE | SRI INTERNATIONAL | CA | |
| EE0010746 | EERE | GENERAL ELECTRIC COMPANY | NY | |
| EE0010748 | EERE | GKN HYDROGEN CORP. | CA | |
| EE0010750 | EERE | RESEARCH FOUNDATION FOR THE STATE UNIVERSITY OF NEW YORK, THE | NY | |
| EE0010751 | EERE | UNIVERSITY OF CALIFORNIA IRVINE | CA | |
| EE0010823 | EERE | POWER 52 INC | MD | |
| EE0010825 | EERE | KERN COMMUNITY COLLEGE DISTRICT | CA | |
| EE0010827 | EERE | AMICUS O & M COOPERATIVE | CO | |

| Award Number | DOE Office | Recipient Name | Place of Performance State | Notes |
|---|---|---|---|---|
| EE0010832 | EERE | COOK COUNTY | IL | |
| EE0010833 | EERE | CRATER LAKE ELECTRICAL JOINT APPRENTICESHIP AND TRAINING TRUST | OR | |
| EE0010838 | EERE | AMERICAN INSTITUTE OF CHEMICAL ENGINEERS | NY | |
| EE0010852 | EERE | CALCIFY LLC | CT | |
| EE0010854 | EERE | CORNELL UNIVERSITY | NY | |
| EE0010855 | EERE | WASHINGTON STATE UNIVERSITY | WA | |
| EE0010861 | EERE | UNIVERSITY OF MARYLAND, COLLEGE PARK | MD | |
| EE0010865 | EERE | GE VERNOVA OPERATIONS LLC | NY | |
| EE0010869 | EERE | MOLTEN INDUSTRIES INC | CA | |
| EE0010899 | EERE | HEARTH LABS SOLUTIONS INC | NY | |
| EE0010900 | EERE | UNIVERSITY OF MARYLAND, COLLEGE PARK | MD | |
| EE0010901 | EERE | NEW BUILDINGS INSTITUTE, INC. | OR | |
| EE0010904 | EERE | UNIVERSITY OF MARYLAND, COLLEGE PARK | MD | |
| EE0010917 | EERE | GRIDSCAPE SOLUTIONS, INC. | CA | |
| EE0010920 | EERE | RENSSELAER POLYTECHNIC INSTITUTE | NY | |
| EE0010930 | EERE | ELEVATE ENERGY | IL | |
| EE0010933 | EERE | CENTER FOR ENERGY AND ENVIRONMENT | MN | |
| EE0010934 | EERE | CLEARLYENERGY INC | MD | |
| EE0010936 | EERE | COLORADO ENERGY OFFICE | CO | |
| EE0010939 | EERE | COLORADO ENERGY OFFICE | CO | |
| EE0010946 | EERE | NORTHEAST ENERGY EFFICIENCY PARTNERSHIPS, INC. | MA | |
| EE0010947 | EERE | EARTH ADVANTAGE, INC. | OR | |
| EE0010949 | EERE | KARPMAN CONSULTING, LLC | CT | |
| EE0010955 | EERE | MASSACHUSETTS DEPARTMENT OF ENERGY RESOURCES | MA | |
| EE0010988 | EERE | KENNEDY/JENKS CONSULTANTS INC | CA | |
| EE0010990 | EERE | J-TECH LLC | CO | |
| EE0010992 | EERE | CAROLLO ENGINEERS INC | CO | |
| EE0011009 | EERE | ORBITAL COMPOSITES, INC. | CA | |
| EE0011010 | EERE | RCAM TECHNOLOGIES INC | CO | |
| EE0011011 | EERE | GE VERNOVA OPERATIONS LLC | NY | |
| EE0011012 | EERE | UNIVERSITY OF DELAWARE | DE | |
| EE0011013 | EERE | GE VERNOVA OPERATIONS LLC | NY | |
| EE0011015 | EERE | UNIVERSITY OF MASSACHUSETTS | MA | |
| EE0011074 | EERE | GE VERNOVA OPERATIONS LLC | NY | |
| EE0011077 | EERE | UNIVERSITY OF RHODE ISLAND | RI | |
| EE0011078 | EERE | OREGON STATE UNIVERSITY | OR | |
| EE0011084 | EERE | ELECTRIC POWER RESEARCH INSTITUTE INC | NC | |
| EE0011100 | EERE | GENERAL ELECTRIC COMPANY | NY | |
| EE0011101 | EERE | RTX CORPORATION | CT | |
| EE0011102 | EERE | KOMATSU AMERICA CORP | IL | |
| EE0011103 | EERE | INSTITUTE OF GAS TECHNOLOGY | IL | |
| EE0011104 | EERE | TRUSTEES OF THE COLORADO SCHOOL OF MINES | CO | |
| EE0011107 | EERE | RTX CORPORATION | CT | |
| EE0011108 | EERE | UNIVERSITY OF HAWAII | HI | |
| EE0011130 | EERE | ELECTRIC POWER RESEARCH INSTITUTE INC | CA | |
| EE0011131 | EERE | INTERSTATE RENEWABLE ENERGY COUNCIL INC | NY | |
| EE0011133 | EERE | PLUG IN AMERICA | CA | |
| EE0011178 | EERE | THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK | NY | |
| EE0011186 | EERE | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | MA | |
| EE0011199 | EERE | INSTITUTE OF GAS TECHNOLOGY | IL | |
| EE0011200 | EERE | COMBUSTION SCIENCE & ENGINEERING, INC. | MD | |
| EE0011236 | EERE | NYC DEPARTMENT OF ENVIRONMENTAL | NY | |
| EE0011238 | EERE | BUSINESS, ECONOMIC DEVELOPMENT AND TOURISM, HAWAI'I DEPARTMENT OF | HI | |
| EE0011239 | EERE | ASSOCIATION OF MONTEREY BAY AREA GOVERNMENTS | CA | |
| EE0011241 | EERE | IT'S ELECTRIC INCORPORATED | NY | |
| EE0011242 | EERE | CALSTART, INC. | CA | |
| EE0011243 | EERE | GRID ALTERNATIVES | CA | |
| EE0011245 | EERE | FORTH MOBILITY FUND | OR | |
| EE0011248 | EERE | ROCKY MOUNTAIN INSTITUTE | CO | |
| EE0011254 | EERE | SAN JOAQUIN COUNTY | CA | |
| EE0011257 | EERE | EVGO SERVICES LLC | CA | |
| EE0011259 | EERE | UL LLC | IL | |
| EE0011269 | EERE | UNIVERSITY OF MASSACHUSETTS | MA | |
| EE0011303 | EERE | PLUG POWER INC | NY | |
| EE0011304 | EERE | VERDAGY INC | CA | |
| EE0011309 | EERE | ELECTRIC HYDROGEN CO | MA | |

| Award Number | DOE Office | Recipient Name | Place of Performance State | Notes |
|---|---|---|---|---|
| EE0011310 | EERE | CUMMINS ELECTRIFIED POWER NA INC. | MN | |
| EE0011311 | EERE | THE CHEMOURS CO FC LLC | DE | |
| EE0011312 | EERE | MOTT CORPORATION | CT | |
| EE0011313 | EERE | PAJARITO POWDER, LLC | NM | |
| EE0011315 | EERE | ACS INDUSTRIES INC | RI | |
| EE0011317 | EERE | IONOMR INNOVATIONS INC | MA | |
| EE0011319 | EERE | HIGHT-TECH, INC | MD | |
| EE0011322 | EERE | REGENTS OF THE UNIVERSITY OF CALIFORNIA, THE | CA | |
| EE0011324 | EERE | WL GORE & ASSOCIATES INC | MD | |
| EE0011326 | EERE | PROTON ENERGY SYSTEMS INC | CT | |
| EE0011327 | EERE | THE LELAND STANFORD JUNIOR UNIVERSITY | CA | |
| EE0011328 | EERE | PLUG POWER INC | MA | |
| EE0011330 | EERE | TRUSTEES OF BOSTON UNIVERSITY | MA | |
| EE0011332 | EERE | ECOLECTRO INC | NY | |
| EE0011337 | EERE | TRUSTEES OF THE COLORADO SCHOOL OF MINES | CO | |
| EE0011338 | EERE | AMERICAN INSTITUTE OF CHEMICAL ENGINEERS | NY | |
| EE0011342 | EERE | BALLARD US INC. | OR | |
| EE0011343 | EERE | PLUG POWER INC | NY | |
| EE0011344 | EERE | NUVERA FUEL CELLS LLC | MA | |
| EE0011345 | EERE | IONOMR INNOVATIONS INC | NY | |
| EE0011346 | EERE | BALLARD US INC. | OR | |
| EE0011347 | EERE | CABOT CORP | MA | |
| EE0011349 | EERE | PAJARITO POWDER LLC | NM | |
| EE0011351 | EERE | MATERIC LLC | MD | |
| EE0011353 | EERE | AVCARB, LLC | MA | |
| EE0011356 | EERE | MACALESTER COLLEGE | MN | |
| EE0011358 | EERE | ELECTRONIC RECYCLERS INTERNATIONAL INC. | CA | |
| EE0011360 | EERE | AMP ROBOTICS CORPORATION | CO | |
| EE0011362 | EERE | EXPOST TECHNOLOGY, INC. | CA | |
| EE0011377 | EERE | WASHINGTON STATE UNIVERSITY | WA | |
| EE0011408 | EERE | UBIQUITY SOLAR SI-PV DIVISION INC. | NH | |
| EE0011413 | EERE | GAF ENERGY LLC | CA | |
| EE0011421 | EERE | CUBICPV INC. | MA | |
| EE0011422 | EERE | TANDEM PV, INC. | CA | |
| EE0011424 | EERE | SWIFT SOLAR INC | CA | |
| EE0011467 | EERE | THE TRUSTEES OF PRINCETON UNIVERSITY | NJ | |
| EE0011478 | EERE | ELECTRIC POWER RESEARCH INSTITUTE INC | CA | |
| EE0011500 | EERE | BRAYTON ENERGY LLC | NH | |
| EE0011523 | EERE | FIRSTELEMENT FUEL INC. | CA | |
| EE0011525 | EERE | LINDE INC. | CT | |
| EE0011551 | EERE | CALIFORNIA GREEN BUILDING COUNCIL | CA | |
| EE0011552 | EERE | NEW YORK STATE ENERGY RESEARCH & DEVELOPMENT AUTHORITY | NY | |
| EE0011553 | EERE | RUTGERS, THE STATE UNIVERSITY | NJ | |
| EE0011557 | EERE | KARPMAN CONSULTING, LLC | CT | |
| EE0011558 | EERE | NEW BUILDINGS INSTITUTE, INC. | OR | |
| EE0011559 | EERE | NEW BUILDINGS INSTITUTE, INC. | OR | |
| EE0011560 | EERE | NEW BUILDINGS INSTITUTE, INC. | OR | |
| EE0011562 | EERE | NEWPORT PARTNERS LLC | MD | |
| EE0011564 | EERE | NORTHEAST ENERGY EFFICIENCY PARTNERSHIPS, INC. | MA | |
| EE0011565 | EERE | NORTHEAST ENERGY EFFICIENCY PARTNERSHIPS, INC. | MA | |
| EE0011570 | EERE | THE RESILIENCE AUTHORITY OF ANNAPOLIS AND ANNE ARUNDEL COUNTY, INC | MD | |
| EE0011571 | EERE | CENTER FOR ENERGY AND ENVIRONMENT | MN | |
| EE0011572 | EERE | STATE OF RHODE ISLAND OFFICE OF ENERGY RESOURCES | RI | |
| EE0011573 | EERE | NORTHWEST ENERGY EFFICIENCY ALLIANCE, INC | OR | |
| EE0011574 | EERE | STATE OF CALIFORNIA ENERGY COMMISSION | CA | |
| EE0011801 | EERE | INTERSTATE RENEWABLE ENERGY COUNCIL INC | NY | |
| AR0001766 | ARPA-E | UNIVERSITY OF ILLINOIS | IL | |