Docusign Envelope ID: D2C913F1-4734-4702-B224-8B068FF0D45D

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CITY OF SAINT PAUL, MINNESOTA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> CHRISTOPHER WRIGHT, in his official capacity as Secretary of Energy, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:25-cv-03899 |

**DECLARATION OF RUSS STARK**

I, Russ Stark, declare as follows:

1.    I am the Chief Resilience Officer of the City of Saint Paul. I submit this declaration in support of Plaintiffs' motion for a preliminary injunction. The statements made in this declaration are based on my personal knowledge and my understanding of information made available to me pursuant to my official duties.

2.    Saint Paul is a municipal corporation, the capital of Minnesota, the Ramsey County seat, the second most populous city in the state, and is home to more than 300,000 people.

3.    On May 13, 2022, the City launched a groundbreaking transportation initiative to provide access to clean, affordable, and reliable electric carshare options. Sustainable transportation is a core tenet of the City's Climate Action and Resilience Plan. The City has seen steady growth as more and more residents use the City's electric vehicle carshare program, and the City has continued to expand its EV Spot Network into more communities. The City has been working to expand the EV Spot Network deep into Saint Paul's East Side neighborhoods through a community driven process. The City has invited the community to participate in the

placement of new EV charging stations and help design the expanded area for the EV car-share network.

4.      Residents of Saint Paul's East Side, including the Payne-Phalen, Dayton's Bluff, Southeast, and Greater East Side neighborhoods, disproportionately bear the burdens of the transportation energy system, and do not equitably experience the benefits of access to clean, affordable, and reliable transportation. The burdens include below-average transit service, auto ownership, and above-average pollution. Substantial portions of these neighborhoods are designated as USDOT "Transportation Disadvantaged Communities."

5.      Saint Paul was a subawardee on a $1.7 million EERE award to the American Lung Association ("ALA") designed to organize and support underserved communities to design, implement, and use EV charging. The City was specifically named as a subawardee in the American Lung Association's proposal to DOE. The award to the ALA was on DOE's list of awards terminated in early October 2025.

6.      The City's subaward was for $560,844. The City was using and planned to continue using the money from the subgrant to fund its project, entitled "Organizing and Supporting an Under-Served Community to Desing, Implement, and Use EV Charging Infrastructure" ("the Project"). The Project deliverables included:

a.   Engaging the community in identifying how transportation electrification can help meet community transportation needs, and reduce cost and pollution burdens;

b.   Equipping the community to work with the City to: (i) identify EVSE locations that would both serve community needs and meet technical

requirements; and (ii) define an expansion area for the EV car-share program; and

  c. Installing ten new EV charging hubs with 40 Level 2 charge points in the public right of way, including five hubs along the Gold Line, an all-electric bus rapid transit line.

7. As of the date of the ALA's grant termination, the City had spent $316,336 and had another $207,052 encumbered. The remaining $37,455 of subgrant money would fund internal City costs. As of the date of this Declaration, the City has received only $207,435 in reimbursements pursuant to the subgrant.

8. As of the date of the ALA's grant termination, the City had established relationships with four community-based organizations representing East Side Neighborhoods; selected and contracted with SRF Consulting Group to support community outreach and engagement; purchased 6 chargers to be installed at Gold Line stations; ordered 12 additional chargers intended for installation at community sites in 2026.

9. SRF has completed its engagement sessions with community partners, and the work has been invoiced and billed. This was Step 1 of the Project. Without completion of Step 2, this investment was wasted.

10. Step 2 of the Project is procurement and installation of chargers at four Gold Line Sites and six East Side Community Sites. The City has paid for Gold Line chargers in full and has paid for 50% of the East Side Community chargers.

11. ALA originally received a termination notice from DOE on October 2 and then received a second, superseding termination notice on October 21, making the effective date of

3

the termination October 10, 2025. DOE has not provided any information as to why a second termination notice with a new effective date was issued.

12. Saint Paul has made significant investments in contracting for the purchase and installation of EV chargers, and unless funding is restored, will be at risk of breaching those contracts and associated financial loss. Additionally, the City has expended significant resources to complete Step 1 of the Project, which will have been wasted if it cannot complete EV installation in accordance with its plans. The City will also suffer reputational harm and loss of community trust if it cannot complete this Project.

13. The termination will also bring significant harms to residents of the City's East Side Neighborhoods, a community that is regularly over-engaged and under-resourced. East Side residents, who are overwhelmingly lower income will be harmed by not getting access to the electric carshare services that can help them affordably meet their daily needs. Not having this service makes it harder for East Side residents to access healthcare, school, jobs and other necessities. Carshare has been shown to reduce the need for households to purchase vehicles, saving them thousands of dollars annually. Failure to complete the Project due to lost funds will disrupt the City's Equity Goals, aimed at benefitting these underserved neighborhoods.

14. In addition, East Side residents wanting to purchase an EV, particularly those who rent, may have no place to charge their EV nearby. This practicality would prevent them from purchasing an EV.

15. If the Project is not completed, the Twin Cities region would suffer harm, as well, for example by losing out on the reduction in local air pollution from the use of gas-powered vehicles. Regional employers are harmed when East Side residents don't have the transportation options necessary to reliably get to workplaces around the region.

4

Docusign Envelope ID: D2C913F1-4734-4702-B224-8B068FF0D45D

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 14, 2025

DocuSigned by:

*Russ Stark*

74D56BCD3CBE4CD...

Russ Stark
Chief Resilience Officer
City of Saint Paul