**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CITY OF SAINT PAUL, MINNESOTA, *et al.*, | |
| . *Plaintiffs*, | |
| v. | Civil Action No. 1:25-cv-03899 |
| CHRISTOPHER WRIGHT, in his official capacity as Secretary of Energy, *et al.*, | |
| *Defendants*. | |

**DECLARATION OF ELIZABETH LIEBERKNECHT**

I, Elizabeth Lieberknecht, declare as follows:

1.      I am a manager on the Energy Transition team at Environmental Defense Fund (EDF), where I have worked for over 3 years. Before joining EDF, I served as a staff attorney at the Texas Commission on Environmental Quality for over a decade and earned a Juris Doctorate from Lewis & Clark Law School and a Bachelor of Arts from The Evergreen State College. I submit this declaration in support of Plaintiffs' motion for a preliminary injunction. The statements made in this declaration are based on my personal knowledge and my understanding of information made available to me pursuant to my official duties.

2.      EDF is a nonpartisan membership organization incorporated under New York state law and recognized as a 501(c)(3) not-for-profit corporation under the U.S. Internal Revenue Code. EDF is guided by science and dedicated to finding practical and durable solutions to protect public health and the environment that are grounded in affordability, including working to reduce harmful and wasteful methane emissions from the oil and gas sector. EDF collaborates with businesses and communities, works with policymakers, and has

offices and numerous members throughout the United States including in the District of Columbia.

3.      In addition to EDF's scientific work to better characterize oil and gas methane emissions, EDF has long focused on efforts to reduce those and other harmful oil and gas emissions to protect public health and the environment. For instance, EDF advocated for both federal and state level oil and gas methane standards. That state level work has focused on major oil and gas producing regions across the country. For instance, EDF advocated for and helped to secure oil and gas methane standards in Colorado – standards that were the first of their kind and reflected a collaboration among industry and environmental groups.

4.      In my role at EDF, I am responsible for developing and managing EDF's campaigns to advance standards to reduce methane and other harmful pollution from the oil and gas industry, including from low producing and inactive wells, with a focus on Texas and Louisiana. This is an important area of focus for EDF because the region includes the Permian Basin, which spans Texas and New Mexico and is the largest oil and gas producing basin and source of oil and gas methane emissions in the U.S. The Permian Basin represents one of the most important opportunities in the U.S. to mitigate methane emissions, protect public health, and prevent the waste of energy resources.

5.      To that end, EDF has invested substantial resources in reducing methane pollution in Texas and the Permian Basin, including from smaller sources like low-producing well sites. For instance, through measurement campaigns like the Permian Methane Assessment Project, EDF has established that marginal wells account for a disproportionately large share of the industry's emissions profile, despite producing a relatively small share of its saleable product. In my role, I use this and other research to work with industry, regulators, policy makers,

communities and nongovernmental organizations to identify and advance technical and policy solutions to reduce methane emissions. One such collaboration involved a multi-year convening of stakeholders from industry, financial institutions, academic researchers and nongovernmental organizations focused on emissions reductions in the Permian Basin, resulting in consensus-based, actionable strategies to reduce emissions, including the projects described below for which DOE recently terminated funding.

6.     I am aware that oil and gas production and handling and transportation facilities emit harmful air pollution, including methane, a potent greenhouse gas with over eighty times the near-term global warming power of carbon dioxide, and that climate change caused by global warming is a serious and existential threat that affects both the environment and human health and wellbeing. I understand that these impacts will be described more fully in the Declaration of David Lyon to be filed in the above-captioned matter.

7.     I am also aware of the significant direct health impacts of volatile organic compounds (VOCs) and hazardous air pollutants (HAPs) that are released alongside methane in emissions from oil and gas production. I am aware that living in close proximity to oil and gas sites exposes people to negative impacts from the air pollution caused by these emissions. Exposure to VOCs and HAPs can lead to a wide range of negative health impacts, including respiratory and skin irritation, neurological problems, dizziness, and headaches. VOCs also contribute to the formation of ground-level ozone or smog, which negatively impacts human health and can lead to decreases in lung function, respiratory-related emergency room visits, and premature death. Ozone pollution is particularly harmful for vulnerable populations, such as children, people with respiratory diseases or asthma, older adults, and people who are active

outdoors, especially outdoor workers. Those living near oil and gas sites are exposed to increased risk of these negative health impacts.

8.      As of August 2025, EDF has more than 315,000 members in the United States, and we have members in all 50 states and the District of Columbia. These members have a strong interest in protecting human health and the environment from air pollution, as well as combating the negative impacts of climate change. I understand that an August 2025 EDF analysis determined that in the United States, EDF has over 4,000 members who live within a half mile of an active oil and gas production site or compressor station. It also showed that 9,000 live within one mile of an active oil or gas production site or compressor station, and 93,000 live within 10 miles. The analysis was based on residential address data from EDF's membership database and oil and gas facility location data from the Enverus Prism database.

9.      EDF has a strong organizational interest, and a strong interest that is based in its members' recreational, aesthetic, professional, educational, public, health, environmental, consumer and economic interests, in programs that help to reduce harmful pollution from oil and gas operations, including the Methane Emissions Reduction Program.

10.      EDF engaged as a stakeholder on the implementation of the Methane Emissions Reduction Program established under 42 U.S.C. § 7436, including filing comments in response to the U.S. Environmental Protection Agency's (EPA) request for information on the program.[1] EDF has also extensively advocated for EPA standards to reduce methane from the oil and gas sector throughout multiple past rulemakings, dating back more than a decade.[2]

---

[1] *See* NGOs' Comments in Response to Request for Information – Methane Emissions Reduction Program (Jan. 18, 2023), Docket ID No. EPA-HQ-OAR-2022-0875.

[2] *See* Comments of Environmental and Public Health Organizations in response to EPA's Proposed Revisions to New Source Performance Standards for the Oil and Gas Sector (Nov. 30, 2011), Docket ID Nos. EPA-HQ-OAR-2010-0505-4189, EPA-HQ-OAR-2010-0505-4240, & EPA-HQ-OAR-2010-0505-4275; Comments of Environmental and Public Health Organizations in response to EPA's Proposed Emission Standards for New and Modified Oil and Natural Gas Sources (Dec. 4, 2025), Docket ID Nos. EPA-HQ-OAR-2010-0505-6934, EPA-HQ-

11.     I am aware that in October 2025, the U.S. Department of Energy (DOE) announced the cancelation of 321 grant awards, including awards under the Methane Emissions Reduction Program and other awards supporting measurement and mitigation of methane emissions. EDF was formally affiliated with, relying upon, or was participating in several of those DOE grants as part of a core, long-standing science-based initiative to address oil and gas methane emissions in collaboration with scientists, industry, technology providers, policymakers, and community-based organizations.

12.     EDF formally served on the advisory committee for a $210 million award issued by the Fossil Energy Office to the Gas Technology Institute (GTI) (Award Number FE0032658). The goal of the award was to accelerate the mitigation of methane emissions from small operators of oil and gas wells and associated pipeline infrastructure, furthering EDF's organizational interest in reducing these harmful and wasteful emissions.

13.     GTI's address listed on file with DOE in connection with this award is in Illinois. The primary place of performance listed for the award is in Illinois. This award was on DOE's list of awards terminated in early October 2025. I understand that GTI has not yet received a termination letter from DOE in connection with this award.

14.     EDF collaborated with GTI in securing its $210 million award by devoting time and expertise to project and application development, including submitting a formal commitment letter explaining EDF's participation as an advisory committee member. The goal of the award was to accelerate the mitigation of methane emissions at small operators' low-producing oil and

OAR-2010-0505-6984, & EPA-HQ-OAR-2010-0505-6994; Comments of Environmental and Public Health Organizations on Oil and Natural Gas Sector: Emission Standards for New, Reconstructed, and Modified Sources for Review (Dec. 4, 2019), EPA Docket No. EPA-HQ-OAR-2017-0757-2134; Comments of Environmental and Public Health Organizations on Oil and Natural Gas Sector: Emission Standards for New, Reconstructed, and Modified Sources Reconsideration (Dec. 13, 2019), EPA Docket No. EPA-HQ-OAR-2017-0483-2041.

gas wells and associated infrastructure, a core organizational priority of EDF. Through workforce development, education, and technical assistance programs, the award would advance best practices for leak detection and repair and deploy commercially available emissions-reduction technologies to retrofit legacy equipment and high-priority emissions sources. Eighty percent of program funds would have been directed to these emissions reductions and workforce training efforts.

15.     The award to GTI supported a collaboration among regional oil and gas associations, academic institutions, non-profit organizations like EDF, and technical advisors to advance these solutions. A major focus of EDF's participation was the Permian Basin where it was anticipated that a significant portion of the funding would be deployed. EDF staff devoted time to advancing these goals by collaborating with industry, academia, and other stakeholders to craft the project, which contributed to a successful grant application under DOE's competitive funding opportunity for Methane Emissions Reduction Program funds.

16.     GTI convened the grant advisory committee representatives several times between January 2025 and October 2025. I represented EDF in those meetings. As a result of the grant cancellation, EDF will no longer be able to advise on the implementation of the grant, including on how resources could be deployed to advance science-based, low cost and collaborative solutions. EDF has and will need to continue to devote additional resources to developing alternative ways to accomplish its goal of reducing methane emissions from smaller, dispersed sources.

17.     I am aware that Colorado State University (CSU) received a $300 million award by the Fossil Energy Office for a Collaborative Approach to Reducing Emissions at Marginal

Conventional Wells (Award Number FE0032657), which would have furthered EDF's organizational objective of reducing such emissions.

18.    CSU's address listed on file with DOE in connection with this award is in Colorado. The primary place of performance listed for the award is in Colorado. This award was on DOE's list of awards terminated in early October 2025. I understand that CSU has not yet received a termination letter from DOE in connection with this award.

19.    The goal of the Collaborative Approach to Reducing Emissions at Marginal Conventional Wells award to CSU was to develop and implement a solution ecosystem, which would have reduced methane emissions at marginal conventional well sites across the country in a manner anchored in science and collaborative solutions.

20.    EDF has played a leading role in studying emissions and mitigation solutions at marginal conventional wells, which are wells with low production that are often near the end of their useful life. For example, a 2022 study by EDF scientists found that marginal well sites were responsible for approximately half of total United States oil and gas well site emissions, despite accounting for less than 10% of the nation's oil and gas output.[3]

21.    The CSU project would have developed, tested, and tailored solutions for marginal conventional well site operators while building local training programs to ensure a skilled workforce for implementation. The project would have delivered important benefits by making small, older oil wells cleaner, safer, and more efficient. By reducing deployment costs, lowering risks, and creating long-term local workforce capacity, the project would have helped operators adopt proven solutions more efficiently and sustainably.. EDF would have benefited from information from the project, including data collected before and after the deployment of

---

[3] Omara, Mark, et al, Methane emissions from US low production oil and natural gas well sites, NATURE COMMUNICATIONS (Apr. 19, 2022), available at https://www.nature.com/articles/s41467-022-29709-3.

solutions at marginal conventional wells and about the development of more regionally specific solution sets for a wider variety of low producing and idle wells; as well as the accelerated deployment of mitigation solutions and emissions reductions achieved by the project. The project thus would have furthered EDF's organizational mission of reducing methane emissions from the oil and gas sector.

22. As a result of the termination of this CSU award, which would have delivered benefits to communities across the country, EDF is already devoting and will need to devote additional resources to developing alternative ways to accomplish its goal of reducing methane emissions from marginal conventional wells through designing, funding, and executing supplemental strategies and projects.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 14, 2025

Elizabeth Lieberknecht, J.D.
Manager, Regulatory and Legislative, Midcontinent
Environmental Defense Fund