AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

City of Saint Paul, Minnesota et al.,
*Plaintiff*
v.
Christopher Wright, et al.
*Defendant*

Case No. 25-cv-3899-APM

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Defendants. .

Date: 12/09/2025

/s/ John Bailey
*Attorney's signature*

John Bailey (Ohio Bar No. 104260)
*Printed name and bar number*
950 Pennsyvlania Ave. NW
Washington, D.C. 20530

*Address*

john.bailey@usdoj.gov
*E-mail address*

(202) 514-6993
*Telephone number*

*FAX number*