**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| CITY OF SAINT PAUL, MINNESOTA *et al.*, |
| Plaintiffs, |
| v. |
| CHRISTOPHER WRIGHT, in his official capacity as Secretary of Energy *et al.*, |
| Defendants. |

Case No. 1:25-cv-03899-APM

**NOTICE OF FILING**

After meeting and conferring with Plaintiffs as directed by the Court during the status conference held on December 17, 2025,[1] Defendants prepared the attached stipulation that incorporated changes requested by Plaintiffs. This stipulation was read aloud to the Court during the status conference held on December 18, 2025.[2] As explained during that status conference, Defendants agree that this stipulation is sufficient for the Court to enter final judgment on Plaintiffs' claims.[3]

No material changes have been made to this stipulation, except to add the phrase "Solely for the purposes of the present litigation and for no other purpose," to incorporate a suggestion made by the Court,[4] and to define the term "Blue States." The Court did not direct that any material changes or modifications be made to this stipulation during the December 18, 2025 status conference.[5] The stipulation also complies with the Court's direction during the December 11,

---

[1] *See* Transcript of Dec. 17, 2025 Status Conference at 30.
[2] *See* Transcript of Dec. 18, 2025 Status Conference at 11-12.
[3] *See id.* at 25:24-25.
[4] *See id.* at 16:3-7
[5] *See generally id.* at 4-27.

2025 preliminary injunction hearing as to what would be sufficient for a stipulation by Defendants in order to render final judgment in this case.[6]   Defendants therefore respectfully file this stipulation with the Court.[7]

Dated: December 19, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH BORSON
Assistant Branch Director
Federal Programs Branch


   */s/ Daniel Riess*
JOHN BAILEY (Ohio Bar No. 104260)
Counsel to the Assistant Attorney General
DANIEL RIESS (Texas Bar No. 24037359)
ELIZABETH B. LAYENDECKER (Cal. Bar No. 357429)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C.  20005
Tel: (202) 353-3098
Daniel.Riess@usdoj.gov
*Attorneys for Defendants*

---

[6] *See* Transcript of Dec. 11, 2025 Preliminary Injunction Hearing at 73:15-25.

[7] Although Defendants have requested that Plaintiffs join this stipulation, Plaintiffs have declined to do so without significant material changes being made to the document, and have informed Defendants that they plan to file a response to this stipulation later today.