IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF SAINT PAUL, MINNESOTA *et al.*,<br><br>  Plaintiffs,<br>   v.<br><br>CHRISTOPHER WRIGHT, in his official capacity as Secretary of Energy *et al.*,<br><br>  Defendants. | Case No. 1:25-cv-03899-APM |

## STIPULATION

Solely for the purposes of the present litigation and for no other purpose, with respect to the seven financial awards[1] at issue in this litigation,[2] Defendants stipulate not to contest the following factual assertions:

1. The seven terminated awards, all of which have prime awardees in States that tend to elect and/or have recently elected Democratic candidates in state and national elections (so-called "Blue States"), are comparable to certain other U.S. Department of Energy ("DOE") awards that (a) are to prime awardees not in Blue States, and (b) did not receive letters terminating their awards in October 2025.

2. A primary reason for the selection of which DOE grant termination decisions were included in the October 2025 notice tranche was whether the grantee was located in a "Blue State."

---

[1] Award Nos. EE0011131, EE0011801, EE0009951, EE0011133, EE0010930, EE0010622, and FE0032276.

[2] As explained in the parties' supplemental filing, ECF No. 17 at 8, DOE has not sent any termination notice with respect to conditional awards FE0032658, FE0032699, and FE0032657.

1

Dated: December 19, 2025          Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH BORSON
Assistant Branch Director
Federal Programs Branch


  _/s/ Daniel Riess_
JOHN BAILEY (Ohio Bar No. 104260)
Counsel to the Assistant Attorney General
DANIEL RIESS (Texas Bar No. 24037359)
ELIZABETH B. LAYENDECKER (Cal. Bar No. 357429)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C.  20005
Tel: (202) 353-3098
Daniel.Riess@usdoj.gov
*Attorneys for Defendants*