# Exhibit B

Case 1:25-cv-02899-WPM    Document 24-2    Filed 08/19/25    Page 1 of 8

12/19/25, 10:19 PM
Case 1:25-cv-03899-APM   Document 24-2   Filed 12/19/25   Page 2 of 2
City of St Paul v. Wright (D.D.C.) -- stipulation - Dan Jacobson - Outlook

 **Outlook**

### City of St Paul v. Wright (D.D.C.) -- stipulation

| | |
|---|---|
| From | Riess, Daniel (CIV) <Daniel.Riess@usdoj.gov> |
| Date | Thu 12/18/2025 4:56 PM |
| To | Dan Jacobson <dan@jacobsonlawyersgroup.com> |
| Cc | Layendecker, Elizabeth B (CIV) <Elizabeth.B.Layendecker@usdoj.gov>; John Robinson <john@jacobsonlawyersgroup.com>; Stephen Wirth <stephen@jacobsonlawyersgroup.com> |

1 attachment (32 KB)
City of St Paul v Wright Stipulation.docx;

Hi Dan,

After meeting and conferring with Plaintiffs yesterday, Defendants prepared the attached stipulation, which included language proposed by Plaintiffs during the meet-and-confer. It is the same stipulation that was read in Court today, and to which the Court gave its imprimatur. The Court made clear that it was satisfied with this stipulation, and did not instruct the parties to change it or suggest that it needed to be changed.

Accordingly, we view this stipulation as substantively locked. Our clients have signed off on it, the Court has approved it, and it is ready for filing. If you have any non-substantive edits to this stipulation, please let us know as soon as possible. However, because we will need to run any additional changes by our clients, that will slow things down for filing. If not, please add Plaintiffs' signature block and we will file with the Court.

We can continue to engage on the notice of voluntary dismissal to be filed with the Court. We're still waiting on final clearance on that document from our clients, but to keep things moving, we'll send to you shortly in a separate email.

Thank you,
Daniel

Daniel Riess
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-3098