# Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CITY OF SAINT PAUL,
MINNESOTA, ET AL.,                      )
                                        )
            Plaintiffs,                 )    CV No. 25-3899
                                        )    Washington, D.C.
        vs.                             )    December 17, 2025
                                        )    10:35 p.m.
CHRISTOPHER WRIGHT, ET AL.,             )
                                        )
            Defendants.                 )
_____)


     TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS
          BEFORE THE HONORABLE AMIT P. MEHTA
             UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:          Stephen K. Wirth
                             Daniel F. Jacobson
                             JACOBSON LAWYERS GROUP PLLC
                             5100 Wisconsin Avenue NW
                             Suite 301
                             Washington, D.C. 20016
                             (406) 407-6051
                             Email:
                             stephen@
                             jacobsonlawyersgroup.com

                             Kelsey McElveen
                             CITY ATTORNEY'S OFFICE
                             Civil Litigation
                             15 W. Kellogg Blvd.
                             Suite 750
                             St. Paul, MN 55102
                             (651) 266-8765
                             Email:
                             kelsey.mcelveen
                             @ci.stpaul.mn.us

For the Defendants:          Daniel Riess
                             U.S. DEPARTMENT OF JUSTICE
                             Civil Division,
                             Federal Programs Branch
                             1100 L Street NW
                             Washington, D.C. 20005
                             (202) 353-3098
                             Email: daniel.riess@usdoj.gov

APPEARANCES CONTINUED

Court Reporter:                 William P. Zaremba
                                Registered Merit Reporter
                                Certified Realtime Reporter
                                Official Court Reporter
                                E. Barrett Prettyman CH
                                333 Constitution Avenue, NW
                                Washington, D.C. 20001
                                (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
 1                    P R O C E E D I N G S
 2          COURTROOM DEPUTY:  Good morning.  This Honorable
 3   Court is now in session; the Honorable Amit P. Mehta
 4   presiding.
 5          Your Honor, we are now calling for the record
 6   Civil Case 25-3899, City of Saint Paul, Minnesota, versus
 7   Christopher Wright, et al.
 8          Your Honor, present for the parties,
 9   Stephen Wirth, Daniel Jacobson, and Kelsey McElveen for the
10   plaintiffs.
11          Daniel Riess for the defendant.
12          THE COURT:  All right.  Good morning, everyone.
13   Thanks for the additional 15 minutes, or, I guess, half
14   hour.  I appreciate it.
15          All right.  So I'm trying to figure out where we
16   go from here.
17          I appreciate the parties putting together the
18   Joint Status Report that was filed, I think, just a couple
19   days ago.  It was very helpful.
20          Look, I think I sort of -- let me just give you my
21   observations and then we can figure out where to go from
22   here.
23          The first is that, in terms of the stipulation,
24   you know, I can understand plaintiffs' position that the
25   defendants' willingness to stipulate to -- the defendants'
```

1  proposed stipulation is not sufficient, as an evidentiary

2  matter, to support their claims.  And I'm not pre-judging

3  that one way or another; I can understand why they think

4  it's not adequate.

5         And so in light of that, unless the defendant is

6  prepared to and willing to reconsider the extent of the

7  stipulation, I think the first question is sort of what the

8  plaintiffs would like, and obviously, the defendants would

9  like, in terms of scope of discovery and how quickly you

10 think you can get it done.

11        And then, two, if we were to consolidate the

12 hearing on the PI on the merits, what that hearing would

13 look like and how long you all would expect it to take.

14        So why don't we start with plaintiffs' counsel and

15 go from there.

16        MR. JACOBSON:  Yes, Your Honor.  Good morning.

17 Daniel Jacobson for the plaintiffs.

18        I think, as we mentioned in our papers,

19 Your Honor, our goal, our sort of main goal would be to

20 ensure we're in a position to have a January rather than a

21 March trial date just due to the exigencies faced by some of

22 our plaintiffs.

23        With that in mind, you know, we are sort of

24 willing to move as quick a pace as possible on discovery,

25 and to keep it targeted around, you know, the

1   decision-making process here.  We're not planning on going

2   on a fishing expedition into the inner boughs of the White

3   House or anything like that.

4           I think what we would have in mind is probably,

5   you know -- and it obviously depends on what the records

6   show but probably a couple of depositions of relevant folks

7   at DOE and maybe a 30(b)(6) witness from OMB, unless,

8   you know, we get the name of somebody else who's highly

9   relevant.  We're not going to try to bog down the

10  proceedings by seeking Director Vought's deposition or

11  anything like that.  We realize that would likely slow

12  things down considerably.

13          And then document-production requests and

14  interrogatories from there -- or before that, I guess.

15          And we would be prepared to, you know, get all of

16  that done before a January date.

17          I think in terms of what a hearing would look

18  like, we would be very comfortable just submitting

19  declarations and having the Court hold a -- you know,

20  a trial, which is essentially an argument based on the

21  stipulated -- any stipulated facts and declarations that are

22  submitted --

23          THE COURT:  So you're not --

24          MR. JACOBSON:  -- assuming the parties --

25  I'm sorry, go ahead, Your Honor.

```
 1            THE COURT:  So you're not envisioning an

 2   evidentiary hearing?

 3            MR. JACOBSON:  What I would say is, I wouldn't say

 4   difficult not -- just because we don't know what we'll find.

 5            But we -- you know, I think assuming that

 6   defendants are willing to, you know, waive any evidentiary

 7   objections to the submission of declarations, we don't

 8   envision needing, for instance, our plaintiffs to come and

 9   testify in person for an evidentiary hearing or anything

10   like that.

11            THE COURT:  Would you then -- and I suppose the

12   defendant would have to agree to this, but would you be

13   prepared to -- would you be -- in terms -- to the extent

14   that you take depositions, would you just proceed on the

15   depositions as opposed to live testimony?

16            MR. JACOBSON:  I would say very likely,

17   Your Honor.

18            Again, I just don't want to rule out any

19   possibility that there's one witness who we have to call

20   because they refuse to show for their deposition or just

21   submitted blanket objections to every question or something

22   like that.

23            But assuming that we have, you know, meaningful

24   opportunity to question witnesses at the depositions, yes,

25   Your Honor.
```

```
 1                THE COURT:  Okay.

 2                So then I hear you saying you're not envisioning a

 3    trial per se, but what you would -- I gather what you're

 4    contemplating is essentially a trial on a stipulated record,

 5    if you will, and then arguments on that stipulated record?

 6                Is that what I hear you saying?

 7                MR. JACOBSON:  I think that would be the hope,

 8    Your Honor; again, with all the caveats I mentioned.

 9                THE COURT:  Okay.  Okay.

10                And given what you've just described, what do you

11    think is a realistic timetable from your perspective?

12                MR. JACOBSON:  I think if we had -- well, again,

13    this is all subject to Your Honor's availability, so

14    assuming Your Honor was available in, you know, the last

15    ten days of January or something like that for a hearing,

16    I think a month of discovery.  And we'll act quickly and,

17    you know, bring any issues to your Court's attention --

18    to Your Honor's attention promptly.

19                THE COURT:  Okay.

20                All right.  Let me hear from Mr. Riess and what

21    the government's thoughts are.

22                MR. RIESS:  Thank you, Your Honor.

23                So after we received the statement, we carefully

24    reviewed it.

25                We want to try and reach common ground here.
```

1            And to be honest, we all really don't think we're

2     that far apart.

3            And towards that end, we are prepared to submit a

4     revised stipulation, and I can read that for the Court.

5            It states:

6            "For the purposes of this litigation, with respect

7     to the seven financial awards at issue here in this

8     litigation, defendants stipulate not to contest the

9     following factual assertions."

10           And then there are three sentences.

11           Sentence 1:

12           "As part of a broad review process, DOE program

13     offices made individualized determinations that a large

14     number of awards should be terminated."

15           Sentence 2:

16           "Within this large number of awards, some of the

17     awardees were located in blue states and some awardees were

18     not located in blue states."

19           Sentence 3:

20           "From this large number of awards, a primary

21     reason for the selection of which DOE grant termination

22     decisions were included in the October 2025 notice tranche

23     was whether the grantee was located in a blue state."

24           Let me just -- explanation.

25           The notice tranche for that is "Determination for

1    which termination notices were sent in October."

2         "Blue states" is defined the same as in our Monday

3    filing.

4         THE COURT:  Sorry, could you just read the third

5    sentence again.

6         MR. RIESS:  Absolutely.

7         "From this large number of awards, a primary

8    reason for the selection of which DOE grant determination

9    decisions were included in the October 25 notice tranche,"

10   that is, for which termination notices were sent in October,

11   "was whether the grantee was located in a blue state."

12        THE COURT:  Okay.  Okay.

13        Can I ask you, Mr. Riess -- and where I had sort

14   of left this at the end of our hearing in terms of a

15   stipulation, at least as I had envisioned it, as a possible

16   way to streamline things if the facts lined up, was,

17   at least as to the equal protection claim, that the

18   stipulation would allow me to make a decision simply based

19   on the question of whether, one, I suppose, a political

20   reason is a valid reason to have created these two

21   categories, that is, blue state versus red state grantees;

22   and then, secondly, this -- whether there is a rational

23   basis between that kind of dual classification and the

24   government's stated objection -- objective here, which is

25   essentially the aligning of agency interests,

1    agency priorities with the grant funding.

2              In your estimation, would your revised stipulation

3    allow me to essentially make factual findings that would

4    support the first and third components of the equal

5    protection claim, which is, one, that there, in fact, was an

6    unequal or disparate treatment, if you will, along sort of

7    this red state and blue state line and that the government's

8    stated objection here is the alignment of its priorities

9    with the grant funding?

10             MR. RIESS:  Yes, Your Honor, we believe that this

11   stipulation would be sufficient to make that finding.

12             THE COURT:  Okay.

13             And then in terms of the First Amendment claim --

14   and let's leave aside for a moment the issue of standing and

15   the issue of -- well, let's leave aside the issue of

16   standing for a moment.

17             You know, I had sort of posited that there were

18   sort of, I guess, two paradigms under the First Amendment

19   that could be implicated here.

20             The first is sort of -- just such a viewpoint

21   discrimination paradigm, although the viewpoint will be that

22   of voters and not the plaintiffs.

23             And the second would be sort of a First Amendment

24   retaliation paradigm, where, again, the target of the

25   retaliation is -- or the target, the expression, I should

1  say, is that of voters, and it's being sort of taken out on

2  the plaintiffs.

3          I think what I'm concerned about is -- at least as

4  I understand the case law.

5          So, for example, say we're looking at this through

6  a First Amendment retaliation prism, you know, the

7  paradigming is the *Mt. Healthy* framework is that there needs

8  to be some showing that expression or protected expression

9  was a consideration, I don't know if "motivating factor" is

10 the right term, in the decision-making.

11         And then ultimately, the defendant still has the

12 opportunity to come forward and say, well, look, even if we

13 did take into account the protected expression, we would

14 have reached this decision anyway.

15         And so I'm wondering how you see these

16 stipulations fitting into my ability to make determinations

17 under both of those First Amendment paradigms.

18         In other words, are we in a position where

19 I'm just going to be required to make legal determinations,

20 or, for example, let's stick with the retaliation paradigm,

21 might the defendants still wish to come forward and say,

22 look, because all we've done is stipulate to primary reason,

23 either, one, the plaintiffs have not met their burden for

24 causation, and, two, even if they haven't met their burdens

25 of causation -- even if they have met their burden for

1    causation, we can still rebut that with our own evidence or

2    our own belief that we would have terminated these grants in

3    any event.

4                I hope that's clear.

5                MR. RIESS:  I think so, Your Honor.

6                I think the basic answer to your question is,

7    I think that this is a stipulation that's similarly

8    sufficient for the Court to make a legal determination as to

9    the First Amendment claim.

10                And I think that's because we have, you know --

11   we have made clear that, you know, that although there were

12   individualized determinations as to this broader group that

13   they should be awarded, that, you know, there -- the primary

14   reason was because the, you know -- for this selection of

15   the -- you know, that notice terminations would be sent

16   October 25th was that whether they were located in a blue

17   state.

18                So if the Court were to determine, as a legal

19   matter, that, you know, for either the paradigm of viewpoint

20   discrimination or retaliation, that that constitutes

21   retaliation against protected speech or viewpoint

22   discrimination against protected speech, again, you know, we

23   aren't conceding that as a legal matter, but if the Court

24   were to find that sufficient, it could make that legal

25   determination.

1          Does that answer your question, Your Honor?

2          THE COURT:  I think so.

3          At least insofar as I don't hear you saying that

4   you would still take the position, for example, in terms of

5   a retaliation construct, that you would not seek to come

6   back with an affirmative defense, that is, we would have

7   terminated these anyway at these -- at this time for a

8   valid, non-retaliatory reason.

9          MR. RIESS:  I think the most that we would say,

10  Your Honor, is that, as we said in the stipulation, that

11  prior to the determination, the announcements in October,

12  DOE did make individualized determinations that a large

13  number of these should be terminated.  But for purposes of

14  announcing these specific notices in October '25, yes, the

15  primary -- a primary reason was that they were located in

16  blue states.  That's -- we would res suficiente that --

17         THE COURT:  And do you think there's a legal

18  distinction between stipulating to a primary reason versus

19  the primary reason?

20         MR. RIESS:  We don't think so, Your Honor.

21         We were looking at equal protection and

22  First Amendment, and I mean, you know, those are phrased in

23  terms of, you know, a motivating factor.

24         So I mean, for example, in -- you know, in an

25  employment context, you don't need to show that the sole

1   reason for an adverse employment action was, you know,

2   an illegal purpose; it can be a motivating factor.

3           So we think that -- no, we think that this is

4   sufficient.

5           THE COURT:  Okay.

6           Okay.

7           Last question.  Then we'll turn back to

8   plaintiffs' counsel.

9           Where would that then leave us with respect to the

10  three grantees who have not been definitized, because their

11  status, at least in terms of the stipulation, is a little

12  unclear to me and what your positioning is as to those

13  grantees.

14          MR. RIESS:  Very well.

15          So as far as we are -- let's see.

16          If the Court needs a further explanation as to

17  what "definitize" means, we can try and do that.  We were

18  trying to do that in the stipulation.

19          But as of now -- let's see -- these have not been

20  definitized; however, DOE could still definitize these three

21  awards.

22          As far as we're aware, they are still under

23  review, no final action has been taken, and so I mean,

24  you know, for that reason, we're in sort of a weird posture.

25          I mean, plaintiffs, in their stipulation, said --

1   I'm talking about page 5 -- if DOE has determined not to go

2   forward with these awards, it will need to take action to

3   close them out, including deobligating the funds, and DOE's

4   taking these steps will be treating these awards differently

5   from similarly situated ones.  We have made clear in our

6   stipulation, and we stand by that, none of the funding for

7   the ten, including the three, has been deobligated.

8           I mean, but -- and since there's no, you know,

9   final action here, we could agree, you know, to continue

10  negotiating with these three entities in good faith.

11  You know, we think that's at most what would be necessary to

12  close this out.

13          But there has been no -- they are still under

14  review.  They could still be definitized.  And we think that

15  they're just in a different tranche because there hasn't

16  been any adverse treatment of, you know -- as, for example,

17  was the case with the seven who have been terminated.

18          THE COURT:  What do you make of the plaintiffs'

19  point that -- I'll get the date wrong here -- yes, January

20  of 2025 -- well, let me back up.

21          So in December of 2024, according to the

22  plaintiffs, DOE issued a notice of award.  And then in 2025,

23  the DOE did -- then executed a cooperative agreement for

24  each award which set forth the total obligated amount of the

25  award underlying legal authorities.

1          So in your view -- is it your view that the entry

2    of a cooperation agreement, assuming you agree that it's,

3    in fact, accurate, does not yet make those three plaintiffs

4    entitled to the award funding and that there's still some

5    additional step that needs to be taken before they are

6    actually entitled to the award?

7          MR. RIESS:  That is our understanding, yes,

8    Your Honor.

9          I mean, to be -- to definitize the award is --

10   you know, there's an amount of time for when the conditions

11   should be -- certain conditions precedent need to be

12   satisfied or removed from the award, and these are,

13   you know, spelled out in a terms and conditions document

14   that's attached to an agreement.  The money is only

15   accessible when these conditions are removed.

16         And it is our understanding that -- it's our

17   understanding that with respect to these three awards, they

18   have not been definitized, meaning these particular

19   conditions have not been removed.  That is our

20   understanding.

21         THE COURT:  And so help me understand what that

22   means.

23         When you say "conditions," are they conditions

24   that the plaintiffs, the awardees, must satisfy?  And if

25   that's right, have they satisfied the conditions to your

1    knowledge and they just haven't been removed?  In other

2    words, there's still some administrative step record for

3    removal?  Or is it that whatever the conditions are, the

4    plaintiffs haven't even -- awardees haven't even satisfied

5    those conditions?

6            Because we are now, you know, almost 11 months

7    removed from when the cooperative agreement was signed.

8            MR. RIESS:  I don't know the answer to these

9    specific awards.

10           What happens is, sometimes there's additional

11   regulatory compliance that's needed before DOE can start

12   paying -- there needs to be sort of an environmental review.

13           Sometimes DOE needs to confirm that the applicant

14   has the capabilities, the plan systems needed to comply with

15   all the statutory requirements or regulatory requirements.

16   And sometimes DOE just needs more detail or to work out

17   revisions to the applicant's budget.  So it can be on,

18   you know, on either end.

19           As I'm standing here today, Your Honor, I don't

20   know the answer with respect to those three awards.  If

21   it would be helpful to try to nail this down, I can do my

22   best to obtain an answer, you know, by later today.

23           THE COURT:  Because, look, the concern I have is

24   one of standing as to these three awardees or these three

25   grantees.

1          I mean, if -- let's leave aside for the moment

2    where they have been treated differently.  I mean, if they

3    have not reached a point of award entitlement for whatever

4    reason, then, you know, I have some concerns about whether

5    they've, in fact, been injured, and so I'd like to have some

6    understanding of that.  I guess that's one.

7          And then two is, again, if this is really just a

8    function of DOE not essentially checking the boxes, that is,

9    I think, a slightly different set of circumstances than if

10   the plaintiffs themselves, as the grantees themselves, have

11   not satisfied whatever condition precedence there may be to

12   receive the award even though they've entered into a

13   cooperative agreement.

14         And obviously, it's important because those are

15   the biggest awards, I think, or at least certainly one of

16   them is the largest award, I think, the $300 million award.

17   And then there's a $20 million award.  I can't remember the

18   dollar value for the third one.

19         Okay.

20         One last question, Mr. Riess, I think I understand

21   the answer, but let me just make sure it's clear, which is

22   that, let's say the plaintiffs were to accept the

23   stipulation; would the government be agreeing to

24   consolidating a trial on the merits with the preliminary

25   injunction?

1          MR. RIESS:  Your Honor, Murphy's law that the fire

2    alarm is being announced.

3          AUDIO ANNOUNCEMENT:  May I have your attention

4    please.

5          (Pause)

6          THE COURT:  All right.

7          Are the plaintiffs available the rest of the

8    day --

9          MR. JACOBSON:  Yes, Your Honor.

10          THE COURT:  -- or this morning?

11          Mr. Riess, why don't you just contact chambers

12    when you're back and ready to go and then we can quickly get

13    back online.  I don't have anything else this morning.

14          MR. RIESS:  Sure, Your Honor.

15          We apologize for the interruption.

16          THE COURT:  Not a problem.

17          Okay.  Thank you.

18          (Recess from 11:02 a.m. to 11:32 a.m.)

19          COURTROOM DEPUTY:  Good morning.  This Honorable

20    Court has reconvened; the Honorable Amit P. Mehta presiding.

21          Your Honor, we're now re-calling for the record

22    Civil Case 25-389, City of Saint Paul, Minnesota, versus

23    Christopher Wright, et al.

24          Your Honor, counsel previously present is present

25    once more.

1              THE COURT:  Okay.

2              Mr. Riess, looks like you're standing there in one

3    piece so that's good news.

4              I think the last -- the question I had asked you

5    before we were interrupted by the fire alarm was whether you

6    believe that, with the stipulation, you were consenting to

7    consolidating a hearing on the preliminary injunction with a

8    hearing on the merits?

9              MR. RIESS:  The answer is yes, Your Honor.

10             THE COURT:  Okay.  Great.

11             All right.  I'll turn to plaintiffs' counsel.

12   Hopefully, you had some time to consult during our break and

13   get your views on where things are.

14             MR. JACOBSON:  Yes, Your Honor.  Thank you.

15             To start with the three awards where there's this

16   definitization issue, if it's helpful to Your Honor because

17   Your Honor raised the question of standing.  So if it's

18   helpful just to sort of walk through the details here a bit.

19             When these -- so when the notice of awards were

20   issued in December, it's in a formal document that says

21   Notice of Award.  And there's a box that says Amounts

22   Obligated by this Action, meaning the issuance of the notice

23   of an award, and that box lists the full grant amount.  So

24   the money is then legally committed, subject to the

25   conditions of the award, legally committed to that award.

1          And so if it is the case, as we allege in our

2   complaint -- and I'll get to in a second that the Department

3   of Energy themselves said out loud that they decided and to

4   terminate these awards on October 2nd for the illegitimate

5   reasons, then that would mean that the awards that we were

6   awarded were going to be ended, meaning the notice of awards

7   would be rescinded and the money would inexorably be

8   deobligated after that, which we believe would clearly give

9   us standing to challenge those awards, on the question of

10  defin- -- so on that note, Your Honor, I would just say,

11  you know, what Mr. Riess said today about sort of the status

12  of those and that they're still under review and haven't

13  been terminated is just directly contrary to what the

14  Department of Energy itself said.

15          I'll just read you two sentences.  This is from

16  their October 2nd, 2025, press release.  It's still up on

17  the Department of Energy's website.

18          It says:  "The U.S. Department of Energy today

19  announced the termination of 321 financial awards supporting

20  223 projects, resulting in a savings of approximately

21  $7.56 billion for American taxpayers."

22          And then it says:  "DOE determined that these

23  projects did not adequately advance the nation's energy

24  needs," et cetera.

25          These three awards are among those 321 projects

1   that are described in that statement.  So they themselves

2   said that they were terminated then.

3           THE COURT:  Yeah, I guess the answer is -- yes.

4           On the other hand, it's not clear to me their

5   press release is a final -- I know we're not in APA land but

6   bear with me -- that a press release is considered a final

7   agency action, right?

8           So if you had received a termination letter, that

9   would be one thing.

10          But if the Department of Energy is saying, as a

11  factual matter, that these awards have not yet been

12  terminated, then -- and that's the reason we haven't sent

13  the letters out, whatever the press release may say,

14  you know, ultimately it's your burden to establish standing,

15  and that would be true sort of in the -- you know, in a

16  final judgment stage by a preponderance of the evidence.

17          And, you know, we could take some or each side

18  could present evidence that you believe would establish that

19  you have been -- that the grant has, in fact, been

20  terminated, but it seems to me that the record at least at

21  this point is a little ambiguous.

22          MR. JACOBSON:  Understood, Your Honor.

23          And one idea we had, which is going to be subject

24  to a big caveat, is if the parties end in a place where

25  we're able to agree to a stipulation as to the other seven,

1    to sort of bifurcate the proceedings and issue partial

2    judgment on those seven now and then have limited

3    evidentiary development solely as to the issues unique to

4    those three.

5            So not sort of the full panoply of the discovery I

6    described earlier but just nailing down exactly what was

7    decided and is the status of those three, if, you know,

8    Your Honor believes the current record does not suffice --

9    we haven't met our burden for an injunction on the current

10   record with respect to the facts there.

11           In terms of --

12           THE COURT:  If I could interrupt you.

13           And maybe as an evidentiary standard matter,

14   it probably doesn't make any difference.

15           But remember if we're consolidating the hearing on

16   the preliminary injunction with the merits, you know,

17   you would be subject to a standard of by a preponderance of

18   the evidence that would be required to enter a judgment in

19   your favor, not just a preliminary injunction, although

20   I think the standards are actually probably the same, but in

21   any event, or more or less the same.

22           MR. JACOBSON:  Point taken, Your Honor.

23           THE COURT:  Yeah.

24           MR. JACOBSON:  Just one more factual point on

25   these because Your Honor sort of asked what were the

1  definitization terms.

2          We don't have physical possession of the

3  prime agreements, because, you know, Environmental Defense

4  Fund was not the prime awardee on those.

5          But our understanding is that a main if not the

6  only asserting substantive condition was for the government

7  to confirm that the prime awardee had sufficient accounting

8  systems in place, which we understand is a very kind of just

9  routine thing.

10          There might have been other little things to check

11  off the box that the prime awardee had to do, but that -- on

12  our understanding, again, with the caveat that we don't have

13  the agreements in front of us, is that was the main

14  condition.  So it was on the government to fulfill.

15          THE COURT:  Okay.

16          And I take it, though, that -- is it accurate to

17  say that of those three awards, no money has been drawn down

18  by the subgrantee?

19          MR. JACOBSON:  No money has been drawn down by the

20  prime awardee --

21          THE COURT:  Oh, the prime awardee.  Okay.

22          MR. JACOBSON:  -- is our understanding.

23          Although we also understand that that's the case,

24  we believe, although not -- just from public data -- with

25  the similarly situated other awards that were not on that

1    321 list --

2              THE COURT:  Okay.

3              MR. JACOBSON:  -- that were subject to

4    definitization.

5              On the question of the stipulation that the

6    government offered, I have not -- you know, in the time we

7    had, I have not had a chance to consult with all the clients

8    yet, and with Your Honor's permission, I would certainly

9    want to get their buy-in very quickly one way or another.

10   We can do that either by tomorrow morning or later today

11   even.

12             There are a couple of issues that stand out to us,

13   though, as potential problems with it.

14             One is, you know, the stipulation builds in

15   there -- presupposes that there had already been a final

16   decision made to terminate these awards and that the matter

17   was mainly -- it was solely one of when notice would be

18   provided of the terminations.

19             And so you can imagine a world where, you know, we

20   win and the government says, well, the status quo ante is

21   that these awards are still terminated, we just haven't

22   given notice yet, which would be a Pyrrhic victory and is,

23   I think, something we would contest, which is evidenced by

24   the fact that the other of the 600 awards that didn't get

25   notice still have not been terminated to this day.  So sort

1    of that premise of the stipulation is concerning to us.

2             And Mr. Riess, and we thank him, did send us the

3    language of the stipulation so we could see it in writing,

4    and it does very much build in that premise, that it was

5    just a matter of providing notice.

6             Another issue, and this goes to Your Honor's

7    questions on sort of a primary reason versus the primary

8    reason versus the sole reason is that I couldn't quite tell

9    whether government counsel today -- you asked if, does it

10   make a difference, and I think he said "no" because the test

11   is a sole -- is, you know, whether it was "a motivating

12   factor."

13            But that's very much different than the position

14   the government took in its brief in this case, where it

15   asserted that *Trump v. Hawaii* had essentially changed the

16   equal protection standard and we had to show -- it was our

17   burden to show that there was no other conceivable

18   contributing motivation.

19            And so I think certainly we would want something

20   in writing from the government that, you know, what is their

21   position on the legal standard in terms of is it sufficient

22   to show that a motivating factor was an illegitimate,

23   irrational purpose.

24            So that's just an issue that, because of what they

25   said in the briefs, we don't want to get into a position

1   where we stipulate, then on appeal they say, well, you know,

2   that's not the test.

3          THE COURT:  Right.

4          I mean, my understanding at the end of the day

5   was, at least as it related to the Equal Protection Clause

6   issue, that the sort of motivating factor really -- I mean,

7   there's language obviously in some of the cases to that

8   effect, but that ultimately this was ultimately, you know,

9   a question of what's the level of scrutiny and is that level

10  of scrutiny satisfied?  And everybody here agrees that

11  rational basis is the level of scrutiny.

12         And whether it was a motivating factor, a factor,

13  primary factor, I'm not sure any of that matters, but,

14  again, you all can tell me if you disagree with that.  But

15  at the end of the day, that's kind of where I thought the

16  Supreme Court case law had landed.

17         MR. JACOBSON:  Yes, Your Honor.

18         I think where I see it mapping on is,

19  hypothetically -- I mean, the government has not pointed to

20  any other reason for the differential treatment to this

21  point, but they're only willing to stipulate that this was a

22  primary reason for the differential treatment.

23         But let's say hypothetically the government had

24  said, well, there are actually two reasons for the

25  differential treatment.

```
1              THE COURT:  Right.

2              MR. JACOBSON:  And then we would get into a

3    question of is -- you know, as a matter of law, do we

4    automatically lose if they have identified at least one

5    other basis for differential treatment beyond the one that

6    we consider to be illegitimate, and that's where we're

7    coming from, Your Honor.

8              And if they're saying today, no, you don't.

9    As long as you show that, A, primary basis was illegitimate

10   for the differential treatment.  That suffices as a matter

11   of law, bracketing the question of whether, in fact,

12   it's illegitimate.  Those are very different things.

13             THE COURT:  Yeah.  Okay.  I see your point.

14             You know, at the end of the day, too, *Trump versus*

15   *Hawaii* sort of comes up, of course, in a very differential

16   context to the Executive Branch, right, in terms of

17   immigration and admissions to the country.  So, you know,

18   I can see why the Supreme Court language may have been a

19   little bit more forgiving in that context than in something

20   like this.

21             But in any event.

22             All right.  Anything else, Counsel, and we can

23   talk about next steps?

24             MR. JACOBSON:  No, Your Honor.

25             THE COURT:  Okay.
```

1          All right.  So let's do this.  Why don't you all

2     meet and confer, continue to talk amongst yourselves.

3          And do you think you can get back to me by

4     tomorrow?

5          MR. JACOBSON:  Yes for the plaintiffs.

6          THE COURT:  Okay.

7          So does it make sense to just set a hearing, or do

8     you want to just put something in writing?

9          MR. JACOBSON:  Very much defer to Your Honor.

10         We might have a better sense if a hearing is

11    warranted after we've spoken with them.

12         THE COURT:  I'm sorry, say that again.

13         MR. JACOBSON:  We might have a better sense of

14    whether a hearing would be warranted after we've had a

15    chance to speak with the government and confer just to see

16    where we are.

17         THE COURT:  Okay.

18         MR. JACOBSON:  But happy to proceed either way.

19         THE COURT:  Let's just go ahead and let's put

20    something down tomorrow for 10:15 if everyone's available at

21    that time.

22         MR. JACOBSON:  That works for plaintiffs.

23         THE COURT:  Does that work for you, Mr. Riess?

24         MR. RIESS:  Yes, Your Honor.

25         THE COURT:  Okay.  Very good.

1          All right.  So let's just plan to get back

2   together tomorrow at 10:15.  We'll see where we are at that

3   point and then we'll take it from there.

4          All right.  Thanks, everybody.  Enjoy the rest of

5   your day.

6          MR. JACOBSON:  Thank you.

7          MR. RIESS:  Thank you, Your Honor.

8          (Proceedings concluded at 11:45 a.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__December 17, 2025____    _____

                               William P. Zaremba, RMR, CRR

**AUDIO ANNOUNCEMENT:**
**[1]**  20/3
**COURTROOM DEPUTY:**
**[2]**  4/2 20/19
**MR. JACOBSON: [23]**
5/16 6/24 7/3 7/16
8/7 8/12 20/9 21/14
23/22 24/22 24/24
25/19 25/22 26/3
28/17 29/2 29/24
30/5 30/9 30/13
30/18 30/22 31/6
**MR. RIESS: [14]**
8/22 10/6 11/10 13/5
14/9 14/20 15/14
17/7 18/8 20/1 20/14
21/9 30/24 31/7
**THE COURT: [37]**

**$**

**$20 [1]**  19/17
**$300 [1]**  19/16
**$7.56 [1]**  22/21
**$7.56 billion [1]**
22/21

**'**

**'25 [1]**  14/14

**1**

**10:15 [2]**  30/20 31/2
**10:35 [1]**  1/6
**11 [1]**  18/6
**1100 [1]**  2/15
**11:02 [1]**  20/18
**11:32 [1]**  20/18
**11:45 [1]**  31/8
**15 [2]**  2/9 4/13
**17 [2]**  1/5 32/7

**2**

**20001 [1]**  3/5
**20005 [1]**  2/15
**20016 [1]**  2/4
**202 [2]**  2/16 3/5
**2024 [1]**  16/21
**2025 [6]**  1/5 9/22
16/20 16/22 22/16
32/7
**223 [1]**  22/20
**25 [1]**  10/9
**25-389 [1]**  20/22
**25-3899 [2]**  1/4 4/6
**25th [1]**  13/16
**266-8765 [1]**  2/10
**2nd [2]**  22/4 22/16

**3**

**30 [1]**  6/7
**301 [1]**  2/4
**3098 [1]**  2/16
**321 [3]**  22/19 22/25
26/1
**3249 [1]**  3/5

**353 [1]**  3/4
**353-3098 [1]**  2/16
**354-3249 [1]**  3/5
**389 [1]**  20/22
**3899 [2]**  1/4 4/6

**4**

**406 [1]**  2/5
**407-6051 [1]**  2/5

**5**

**5100 [1]**  2/3
**55102 [1]**  2/10

**6**

**600 [1]**  26/24
**6051 [1]**  2/5
**651 [1]**  2/10

**7**

**750 [1]**  2/9

**8**

**8765 [1]**  2/10

**A**

**a.m [3]**  20/18 20/18
31/8
**ability [1]**  12/16
**able [1]**  23/25
**about [5]**  12/3 16/1
19/4 22/11 29/23
**above [1]**  32/4
**above-titled [1]**
32/4
**Absolutely [1]**  10/6
**accept [1]**  19/22
**accessible [1]**  17/15
**according [1]**  16/21
**account [1]**  12/13
**accounting [1]**  25/7
**accurate [2]**  17/3
25/16
**act [1]**  8/16
**action [6]**  15/1
15/23 16/2 16/9
21/22 23/7
**actually [3]**  17/6
24/20 28/24
**additional [3]**  4/13
17/5 18/10
**adequate [1]**  5/4
**adequately [1]**  22/23
**administrative [1]**
18/2
**admissions [1]**  29/17
**advance [1]**  22/23
**adverse [2]**  15/1
16/16
**affirmative [1]**  14/6
**after [4]**  8/23 22/8
30/11 30/14
**again [10]**  7/18 8/8
8/12 10/5 11/24
13/22 19/7 25/12
28/14 30/12

**against [2]**  9/21
13/22
**agency [3]**  10/25
11/1 23/7
**agency priorities [1]**
11/1
**ago [1]**  4/19
**agree [4]**  7/12 16/9
17/2 23/25
**agreeing [1]**  19/23
**agreement [5]**  16/23
17/2 17/14 18/7
19/13
**agreements [2]**  25/3
25/13
**agrees [1]**  28/10
**ahead [2]**  6/25 30/19
**aided [1]**  3/7
**al [4]**  1/3 1/6 4/7
20/23
**alarm [2]**  20/2 21/5
**aligning [1]**  10/25
**alignment [1]**  11/8
**all [19]**  4/12 4/15
5/13 6/15 8/8 8/13
8/20 9/1 12/22 18/15
20/6 21/11 26/7
28/14 29/22 30/1
30/1 31/1 31/4
**All right [2]**  4/12
29/22
**allege [1]**  22/1
**allow [2]**  10/18 11/3
**almost [1]**  18/6
**along [1]**  11/6
**already [1]**  26/15
**also [1]**  25/23
**although [5]**  11/21
13/11 24/19 25/23
25/24
**ambiguous [1]**  23/21
**Amendment [7]**  11/13
11/18 11/23 12/6
12/17 13/9 14/22
**American [1]**  22/21
**AMIT [3]**  1/10 4/3
20/20
**Amit P [2]**  4/3 20/20
**among [1]**  22/25
**amongst [1]**  30/2
**amount [3]**  16/24
17/10 21/23
**Amounts [1]**  21/21
**announced [2]**  20/2
22/19
**announcements [1]**
14/11
**announcing [1]**  14/14
**another [3]**  5/3 26/9
27/6
**answer [8]**  13/6 14/1
18/8 18/20 18/22
19/21 21/9 23/3
**ante [1]**  26/20
**any [11]**  6/21 7/6

7/17 8/17 13/3 16/16
24/14 24/21 28/13
28/20 29/21
**anything [5]**  6/3
6/11 7/9 20/13 29/22
**anyway [2]**  12/14
14/7
**APA [1]**  23/5
**apart [1]**  9/2
**apologize [1]**  20/15
**appeal [1]**  28/1
**APPEARANCES [2]**  1/11
2/18
**applicant [1]**  18/13
**applicant's [1]**
18/17
**appreciate [2]**  4/14
4/17
**approximately [1]**
22/20
**are [30]**  4/5 5/23
6/21 7/6 8/21 9/3
9/10 12/18 14/22
15/15 15/22 16/13
17/5 17/12 17/15
17/23 18/3 18/6
19/14 20/7 21/13
22/25 23/1 24/20
26/12 26/21 28/24
29/12 30/16 31/2
**aren't [1]**  13/23
**argument [1]**  6/20
**arguments [1]**  8/5
**around [1]**  5/25
**as [39]**
**As long [1]**  29/9
**as opposed [1]**  7/15
**aside [3]**  11/14
11/15 19/1
**ask [1]**  10/13
**asked [3]**  21/4 24/25
27/9
**asserted [1]**  27/15
**asserting [1]**  25/6
**assertions [1]**  9/9
**assuming [5]**  6/24
7/5 7/23 8/14 17/2
**attached [1]**  17/14
**attention [3]**  8/17
8/18 20/3
**ATTORNEY'S [1]**  2/2
**authorities [1]**
16/25
**automatically [1]**
29/4
**availability [1]**
8/13
**available [3]**  8/14
20/7 30/20
**Avenue [2]**  2/3 3/4
**award [16]**  16/22
16/24 16/25 17/4
17/6 17/9 17/12 19/3
19/12 19/16 19/16
19/17 21/21 21/23

**A**

award... **[2]**   21/25
21/25
**awarded [2]**   13/13
22/6
**awardee [5]**   25/4
25/7 25/11 25/20
25/21
**awardees [5]**   9/17
9/17 17/24 18/4
18/24
**awards [26]**   9/7 9/14
9/16 9/20 10/7 15/21
16/2 16/4 17/17 18/9
18/20 19/15 21/15
21/19 22/4 22/5 22/6
22/9 22/19 22/25
23/11 25/17 25/25
26/16 26/21 26/24
**aware [1]**   15/22

**B**

**back [7]**   14/6 15/7
16/20 20/12 20/13
30/3 31/1
**Barrett [1]**   3/4
**based [2]**   6/20 10/18
**basic [1]**   13/6
**basis [4]**   10/23
28/11 29/5 29/9
**be [42]**
**bear [1]**   23/6
**because [15]**   7/4
7/20 12/22 13/10
13/14 15/10 16/15
18/6 18/23 19/14
21/16 24/25 25/3
27/10 27/24
**been [22]**   15/10
15/19 15/23 16/7
16/13 16/16 16/17
17/18 17/19 18/1
19/2 19/5 22/13
23/11 23/19 23/19
25/10 25/17 25/19
26/15 26/25 29/18
**before [6]**   1/10 6/14
6/16 17/5 18/11 21/5
**being [2]**   12/1 20/2
**belief [1]**   13/2
**believe [5]**   11/10
21/6 22/8 23/18
25/24
**believes [1]**   24/8
**best [1]**   18/22
**better [2]**   30/10
30/13
**between [2]**   10/23
14/18
**beyond [1]**   29/5
**bifurcate [1]**   24/1
**big [1]**   23/24
**biggest [1]**   19/15
**billion [1]**   22/21
**bit [2]**   21/18 29/19

**blanket [1]**   21/21
**blue [9]**   9/17 9/18
9/23 10/2 10/11
10/21 11/7 13/16
14/16
**Blvd [1]**   2/9
**bog [1]**   6/9
**both [1]**   12/17
**boughs [1]**   6/2
**box [3]**   21/21 21/23
25/11
**boxes [1]**   19/8
**bracketing [1]**   29/11
**Branch [2]**   2/14
29/16
**break [1]**   21/12
**brief [1]**   27/14
**briefs [1]**   27/25
**bring [1]**   8/17
**broad [1]**   9/12
**broader [1]**   13/12
**budget [1]**   18/17
**build [1]**   27/4
**builds [1]**   26/14
**burden [5]**   12/23
12/25 23/14 24/9
27/17
**burdens [1]**   12/24
**buy [1]**   26/9
**buy-in [1]**   26/9

**C**

**call [1]**   7/19
**calling [2]**   4/5
20/21
**can [19]**   4/21 4/24
5/3 5/10 9/4 10/13
13/1 15/2 15/17
18/11 18/17 18/21
20/12 26/10 26/19
28/14 29/18 29/22
30/3
**can't [1]**   19/17
**capabilities [1]**
18/14
**carefully [1]**   8/23
**case [8]**   4/6 12/4
16/17 20/22 22/1
25/23 27/14 28/16
**cases [1]**   28/7
**categories [1]**   10/21
**causation [3]**   12/24
12/25 13/1
**caveat [2]**   23/24
25/12
**caveats [1]**   8/8
**certain [1]**   17/11
**certainly [3]**   19/15
26/8 27/19
**Certified [1]**   3/3
**certify [1]**   32/2
**cetera [1]**   22/24
**CH [1]**   3/4
**challenge [1]**   22/9
**chambers [1]**   20/11

**chance [2]**   26/7
30/15
**changed [1]**   27/15
**check [1]**   25/10
**checking [1]**   19/8
**CHRISTOPHER [3]**   1/6
4/7 20/23
**ci.stpaul.mn.us [1]**
2/12
**circumstances [1]**
19/9
**CITY [4]**   1/3 2/8 4/6
20/22
**Civil [4]**   2/8 2/14
4/6 20/22
**Civil Case [1]**   4/6
**claim [4]**   10/17 11/5
11/13 13/9
**claims [1]**   5/2
**classification [1]**
10/23
**Clause [1]**   28/5
**clear [5]**   13/4 13/11
16/5 19/21 23/4
**clearly [1]**   22/8
**clients [1]**   26/7
**close [2]**   16/3 16/12
**COLUMBIA [1]**   1/1
**come [4]**   7/8 12/12
12/21 14/5
**comes [1]**   29/15
**comfortable [1]**   6/18
**coming [1]**   29/7
**committed [2]**   21/24
21/25
**common [1]**   8/25
**complaint [1]**   22/2
**compliance [1]**   18/11
**comply [1]**   18/14
**components [1]**   11/4
**computer [1]**   3/7
**computer-aided [1]**
3/7
**conceding [1]**   13/23
**conceivable [1]**
27/17
**concern [1]**   18/23
**concerned [1]**   12/3
**concerning [1]**   27/1
**concerns [1]**   19/4
**concluded [1]**   31/8
**condition [3]**   19/11
25/6 25/14
**conditions [11]**
17/10 17/11 17/13
17/15 17/19 17/23
17/23 17/25 18/3
18/5 21/25
**confer [2]**   30/2
30/15
**CONFERENCE [1]**   1/9
**confirm [2]**   18/13
25/7
**consenting [1]**   21/6
**consider [1]**   29/6

**considerably [1]**
6/12
**consideration [1]**
12/9
**considered [1]**   23/6
**consolidate [1]**   5/11
**consolidating [3]**
19/24 21/7 24/15
**constitutes [1]**
13/20
**Constitution [1]**   3/4
**construct [1]**   14/5
**consult [2]**   21/12
26/7
**contact [1]**   20/11
**contemplating [1]**
8/4
**contest [2]**   9/8
26/23
**context [3]**   14/25
29/16 29/19
**continue [2]**   16/9
30/2
**CONTINUED [1]**   3/1
**contrary [1]**   22/13
**contributing [1]**
27/18
**cooperation [1]**   17/2
**cooperative [3]**
16/23 18/7 19/13
**correct [3]**   12/3
**could [10]**   10/4
11/19 13/24 15/20
16/9 16/14 23/17
23/18 24/12 27/3
**couldn't [1]**   27/8
**counsel [6]**   5/14
15/8 20/24 21/11
27/9 29/22
**country [1]**   29/17
**couple [3]**   4/18 6/4
26/12
**course [1]**   29/15
**COURT [13]**   1/1 3/2
3/3 4/3 4/3 6/19 9/4
13/8 13/18 13/23
15/16 20/20 28/16
29/18
**Court's [1]**   8/17
**created [1]**   10/20
**CRR [2]**   32/2 32/8
**current [2]**   24/8
24/9
**CV [1]**   1/4

**D**

**D.C [4]**   1/5 2/4 2/15
3/5
**Daniel [5]**   2/2 2/13
4/9 4/11 5/17
**daniel.riess [1]**
2/16
**data [1]**   25/24
**date [4]**   5/21 6/16
16/19 32/7

**D**

**day [6]** 20/8 26/25 28/4 28/15 29/14 31/5
**days [2]** 4/19 8/15
**December [4]** 1/5 16/21 21/20 32/7
**decided [2]** 22/3 24/7
**decision [5]** 6/1 10/18 12/10 12/14 26/16
**decision-making [2]** 6/1 12/10
**decisions [2]** 9/22 10/9
**declarations [3]** 6/19 6/21 7/7
**defendant [4]** 4/11 5/5 7/12 12/11
**defendants [6]** 1/7 2/13 5/8 7/6 9/8 12/21
**defendants' [2]** 4/25 4/25
**defense [2]** 14/6 25/3
**defer [1]** 30/9
**defin [1]** 22/10
**defined [1]** 10/2
**definitization [3]** 21/16 25/1 26/4
**definitize [3]** 15/17 15/20 17/9
**definitized [4]** 15/10 15/20 16/14 17/18
**deobligated [2]** 16/7 22/8
**deobligating [1]** 16/3
**DEPARTMENT [6]** 2/13 22/2 22/14 22/17 22/18 23/10
**depends [1]** 6/5
**deposition [2]** 6/10 7/20
**depositions [4]** 6/6 7/14 7/15 7/24
**described [3]** 8/10 23/1 24/6
**detail [1]** 18/16
**details [1]** 21/18
**determination [5]** 9/25 10/8 13/8 13/25 14/11
**determinations [5]** 9/13 12/16 12/19 13/12 14/12
**determine [1]** 13/18
**determined [2]** 16/1 22/22
**development [1]** 24/3
**did [5]** 12/13 14/12 16/23 22/23 27/2

**didn't [1]** 30/16
**difference [2]** 24/14 27/10
**different [4]** 16/15 19/9 27/13 29/12
**differential [6]** 28/20 28/22 28/25 29/5 29/10 29/15
**differently [2]** 16/4 19/2
**difficult [1]** 7/4
**directly [1]** 22/13
**Director [1]** 6/10
**disagree [1]** 28/14
**discovery [4]** 5/9 5/24 8/16 24/5
**discrimination [3]** 11/21 13/20 13/22
**disparate [1]** 11/6
**distinction [1]** 14/18
**DISTRICT [3]** 1/1 1/1 1/10
**Division [1]** 2/14
**do [12]** 8/10 14/17 15/17 15/18 16/18 18/21 25/11 26/10 29/3 30/1 30/3 30/7
**do you [1]** 16/18
**document [3]** 6/13 17/13 21/20
**document-production [1]** 6/13
**DOE [14]** 6/7 9/12 9/21 10/8 14/12 15/20 16/1 16/22 16/23 18/11 18/13 18/16 19/8 22/22
**DOE's [1]** 16/3
**does [7]** 14/1 17/3 24/8 27/4 27/9 30/7 30/23
**doesn't [1]** 24/14
**dollar [1]** 19/18
**don't [18]** 5/14 7/4 7/7 7/18 9/1 12/9 14/3 14/20 14/25 18/8 18/19 20/11 20/13 25/2 25/12 27/25 29/8 30/1
**done [3]** 5/10 6/16 12/22
**down [7]** 6/9 6/12 18/21 24/6 25/17 25/19 30/20
**drawn [2]** 25/17 25/19
**dual [1]** 10/23
**due [1]** 5/21
**during [1]** 21/12

**E**

**each [2]** 16/24 23/17
**earlier [1]** 24/6
**effect [1]** 28/8

**either [5]** 19/23 13/19 18/18 26/10 30/18
**else [3]** 6/8 20/13 29/22
**Email [3]** 2/5 2/11 2/16
**employment [2]** 14/25 15/1
**end [7]** 9/3 10/14 18/18 23/24 28/4 28/15 29/14
**ended [1]** 22/6
**energy [5]** 22/3 22/14 22/18 22/23 23/10
**Energy's [1]** 22/17
**Enjoy [1]** 31/4
**ensure [1]** 5/20
**enter [1]** 24/18
**entered [1]** 19/12
**entities [1]** 16/10
**entitled [2]** 17/4 17/6
**entitlement [1]** 19/3
**entry [1]** 17/1
**environmental [2]** 18/12 25/3
**envision [1]** 7/8
**envisioned [1]** 10/15
**envisioning [2]** 7/1 8/2
**equal [5]** 10/17 11/4 14/21 27/16 28/5
**essentially [6]** 6/20 8/4 10/25 11/3 19/8 27/15
**establish [2]** 23/14 23/18
**estimation [1]** 11/2
**et [5]** 1/3 1/6 4/7 20/23 22/24
**et cetera [1]** 22/24
**even [7]** 12/12 12/24 12/25 18/4 18/4 19/12 26/11
**event [3]** 13/3 24/21 29/21
**every [1]** 7/21
**everybody [2]** 28/10 31/4
**everyone [1]** 4/12
**everyone's [1]** 30/20
**evidence [4]** 13/1 23/16 23/18 24/18
**evidenced [1]** 26/23
**evidentiary [6]** 5/1 7/2 7/6 7/9 24/3 24/13
**exactly [1]** 24/6
**example [5]** 12/5 12/20 14/4 14/24 16/16
**executed [1]** 16/23
**Executive [1]** 29/16

**exigencies [1]** 5/21
**expect [1]** 5/13
**expedition [1]** 6/2
**explanation [2]** 9/24 15/16
**expression [4]** 11/25 12/8 12/8 12/13
**extent [2]** 5/6 7/13

**F**

**faced [1]** 5/21
**fact [6]** 11/5 17/3 19/5 23/19 26/24 29/11
**factor [9]** 12/9 14/23 15/2 27/12 27/22 28/6 28/12 28/12 28/6 28/13
**facts [3]** 6/21 10/16 24/10
**factual [4]** 9/9 11/3 23/11 24/24
**faith [1]** 16/10
**far [3]** 9/2 15/15 15/22
**favor [1]** 24/19
**Federal [1]** 2/14
**figure [2]** 4/15 4/21
**filed [1]** 4/18
**filing [1]** 10/3
**final [6]** 15/23 16/9 23/5 23/6 23/16 26/15
**financial [2]** 9/7 22/19
**find [2]** 7/4 13/24
**finding [1]** 11/11
**findings [1]** 11/3
**fire [2]** 20/1 21/5
**first [11]** 4/23 5/7 11/4 11/13 11/18 11/20 11/23 12/6 12/17 13/9 14/22
**First Amendment [7]** 11/13 11/18 11/23 12/6 12/17 13/9 14/22
**fishing [1]** 6/2
**fitting [1]** 12/16
**folks [1]** 6/6
**following [1]** 9/9
**foregoing [1]** 32/3
**forgiving [1]** 29/19
**formal [1]** 21/20
**forth [1]** 16/24
**forward [3]** 12/12 12/21 16/2
**framework [1]** 12/7
**front [1]** 25/13
**fulfill [1]** 25/14
**full [2]** 21/23 24/5
**function [1]** 19/8
**Fund [1]** 25/4
**funding [4]** 11/1 11/9 16/6 17/4

**F**

**funds [1]**   16/3
**further [1]**   15/16

**G**

**gather [1]**   8/3
**get [13]**   5/10 6/8
6/15 16/19 20/12
21/13 22/2 26/9
26/24 27/25 29/2
30/3 31/1
**give [2]**   4/20 22/8
**given [2]**   8/10 26/22
**go [7]**   4/16 4/21
5/15 6/25 16/1 20/12
30/19
**go ahead [2]**   6/25
30/19
**goal [2]**   5/19 5/19
**goes [1]**   27/6
**going [5]**   6/1 6/9
12/19 22/6 23/23
**good [7]**   4/2 4/12
5/16 16/10 20/19
21/3 30/25
**Good morning [1]**
4/12
**government [11]**
19/23 25/6 25/14
26/6 26/20 27/9
27/14 27/20 28/19
28/23 30/15
**government's [3]**
8/21 10/24 11/7
**grant [6]**   9/21 10/8
11/1 11/9 21/23
23/19
**grantee [2]**   9/23
10/11
**grantees [5]**   10/21
15/10 15/13 18/25
19/10
**grants [1]**   13/2
**Great [1]**   21/10
**ground [1]**   8/25
**group [2]**   2/3 13/12
**guess [5]**   4/13 6/14
11/18 19/6 23/3

**H**

**had [18]**   8/12 10/13
10/15 11/17 21/4
21/12 23/8 23/23
25/7 25/11 26/7 26/7
26/15 27/15 27/16
28/16 28/23 30/14
**half [1]**   4/13
**hand [1]**   23/4
**happens [1]**   18/10
**happy [1]**   30/18
**has [11]**   12/11 15/23
16/1 16/7 16/13
18/14 20/20 23/19
25/17 25/19 28/19
**hasn't [1]**   16/15

**have [41]**
**haven't [8]**   12/24
18/1 18/4 18/4 22/12
23/12 24/9 26/21
**having [1]**   6/19
**Hawaii [2]**   27/15
29/15
**he [1]**   27/10
**Healthy [1]**   12/7
**hear [4]**   8/2 8/6
8/20 14/3
**hearing [13]**   5/12
5/12 6/17 7/2 7/9
8/15 10/14 21/7 21/8
24/15 30/7 30/10
30/14
**help [1]**   17/21
**helpful [4]**   4/19
18/21 21/16 21/18
**here [13]**   4/16 4/22
6/1 8/25 9/7 10/24
11/8 11/19 16/9
16/19 18/19 21/18
28/10
**highly [1]**   6/8
**him [1]**   27/2
**hold [1]**   6/19
**honest [1]**   9/1
**Honor [37]**
**Honor's [4]**   8/13
8/18 26/8 27/6
**HONORABLE [5]**   1/10
4/2 4/3 20/19 20/20
**hope [2]**   8/7 13/4
**Hopefully [1]**   21/12
**hour [1]**   4/14
**House [1]**   6/3
**how [3]**   5/9 5/13
12/15
**however [1]**   15/20
**hypothetically [2]**
28/19 28/23

**I**

**I can [5]**   4/24 5/3
9/4 18/21 29/18
**I couldn't [1]**   27/8
**I don't [4]**   12/9
14/3 18/8 18/19
**I guess [4]**   4/13
6/14 11/18 19/6
**I had [3]**   10/13
11/17 21/4
**I have [4]**   18/23
19/4 26/6 26/7
**I hope [1]**   13/4
**I just [1]**   7/18
**I know [1]**   23/5
**I mean [4]**   15/25
16/8 17/9 19/1
**I should [1]**   11/25
**I think [21]**   4/18
4/20 5/7 5/18 6/4
6/17 8/7 8/12 8/16
12/3 13/6 13/7 13/10

14/7 14/24 15/20 21/9
24/20 26/23 27/10
28/18
**I understand [2]**
12/4 19/20
**I would [4]**   7/3 7/16
22/10 26/8
**I'd [1]**   19/5
**I'll [4]**   16/19 21/11
22/2 22/15
**I'm [10]**   4/15 5/2
6/25 12/3 12/15
12/19 16/1 18/19
28/13 30/12
**I'm just [1]**   12/19
**I'm sorry [2]**   6/25
30/12
**idea [1]**   23/23
**identified [1]**   29/4
**illegal [1]**   15/2
**illegitimate [5]**
22/4 27/22 29/6 29/9
29/12
**imagine [1]**   26/19
**immigration [1]**
29/17
**implicated [1]**   11/19
**important [1]**   19/14
**included [2]**   9/22
10/9
**including [2]**   16/3
16/7
**individualized [3]**
9/13 13/12 14/12
**inexorably [1]**   22/7
**injunction [5]**   19/25
21/7 24/9 24/16
24/19
**injured [1]**   19/5
**inner [1]**   6/2
**insofar [1]**   14/3
**instance [1]**   7/8
**interests [1]**   10/25
**interrogatories [1]**
6/14
**interrupt [1]**   24/12
**interrupted [1]**   21/5
**interruption [1]**
20/15
**irrational [1]**   27/23
**is [86]**
**issuance [1]**   21/22
**issue [9]**   9/7 11/14
11/15 11/15 21/16
24/1 27/6 27/24 28/6
**issued [2]**   16/22
21/20
**issues [3]**   8/17 24/3
26/12
**it [40]**
**it probably [1]**
24/14
**It states [1]**   9/5
**it would be [1]**
18/21

14/5 14/24 21/9   5/4 12/1
17/2 17/16 19/14
19/21 21/16 21/17
21/20 22/16 23/4
23/14 29/12
**it's illegitimate [1]**
29/12
**its [2]**   11/8 27/14
**itself [1]**   22/14

**J**

**Jacobson [4]**   2/2 2/3
4/9 5/17
jacobsonlawyersgroup.
**com [1]**   2/6
**January [4]**   5/20
6/16 8/15 16/19
**Joint [1]**   4/18
**Joint Status [1]**
4/18
**JUDGE [1]**   1/10
**judging [1]**   5/2
**judgment [3]**   23/16
24/2 24/18
**just [36]**
**JUSTICE [1]**   2/13

**K**

**keep [1]**   5/25
**Kellogg [1]**   2/9
**Kelsey [2]**   2/7 4/9
kelsey.mcelveen [1]
2/11
**kind [3]**   10/23 25/8
28/15
**know [58]**
**knowledge [1]**   18/1

**L**

**land [1]**   23/5
**landed [1]**   28/16
**language [3]**   27/3
28/7 29/18
**large [5]**   9/13 9/16
9/20 10/5 10/7 14/12
**largest [1]**   19/16
**last [4]**   8/14 15/7
19/20 21/4
**later [2]**   18/22
26/10
**law [5]**   12/4 20/1
28/16 29/3 29/11
**LAWYERS [1]**   2/3
**least [9]**   10/15
10/17 12/3 14/3
15/11 19/15 23/20
28/5 29/4
**leave [4]**   11/14
11/15 15/9 19/1
**left [1]**   10/14
**legal [8]**   12/19 13/8
13/18 13/23 13/24
14/17 16/25 27/21
**legally [2]**   21/24
21/25
**less [1]**   24/21

**L**

let [5]  4/20 8/20
  9/24 16/20 19/21
let's [12]  11/14
  11/15 12/20 15/15
  15/19 19/1 19/22
  28/23 30/1 30/19
  30/19 31/1
let's see [2]  15/15
  15/19
letter [1]  23/8
letters [1]  23/13
level [3]  28/9 28/9
  28/11
light [1]  5/5
like [12]  5/8 5/9
  5/13 6/3 6/11 6/18
  7/10 7/22 8/15 19/5
  21/2 29/20
likely [2]  6/11 7/16
limited [1]  24/2
line [1]  11/7
lined [1]  10/16
list [1]  26/1
lists [1]  21/23
litigation [3]  2/8
  9/6 9/8
little [4]  15/11
  23/21 25/10 29/19
live [1]  7/15
located [6]  9/17
  9/18 9/23 10/11
  13/16 14/15
long [2]  5/13 29/9
look [6]  4/20 5/13
  6/17 12/12 12/22
  18/23
looking [2]  12/5
  14/21
looks [1]  21/2
lose [1]  29/4
loud [1]  22/3

**M**

made [4]  9/13 13/11
  16/5 26/16
main [3]  5/19 25/5
  25/13
mainly [1]  26/17
make [14]  10/18 11/3
  11/11 12/16 12/19
  13/8 13/24 14/12
  16/18 17/3 19/21
  24/14 27/10 30/7
making [2]  6/1 12/10
mapping [1]  28/18
March [1]  5/21
matter [10]  5/2
  13/19 13/23 23/11
  24/13 26/16 27/5
  29/3 29/10 32/4
matters [1]  28/13
may [4]  19/11 20/3
  23/13 29/18
maybe [2]  6/7 24/13

McElveen [2]  2/1 4/9
me [14]  4/20 8/20
  9/24 10/18 11/3
  15/12 16/20 17/21
  19/21 23/4 23/6
  23/20 28/14 30/3
mean [12]  14/22
  14/24 15/23 15/25
  16/8 17/9 19/1 19/2
  22/5 28/4 28/6 28/19
meaning [3]  17/18
  21/22 22/6
meaningful [1]  7/23
means [2]  15/17
  17/22
mechanical [1]  3/6
meet [1]  30/2
MEHTA [3]  1/10 4/3
  20/20
mentioned [2]  5/18
  8/8
Merit [1]  3/2
merits [4]  5/12
  19/24 21/8 24/16
met [4]  12/23 12/24
  12/25 24/9
might [4]  12/21
  25/10 30/10 30/13
million [2]  19/16
  19/17
mind [2]  5/23 6/4
MINNESOTA [3]  1/3
  4/6 20/22
minutes [1]  4/13
MN [1]  2/10
moment [3]  11/14
  11/16 19/1
Monday [1]  10/2
money [5]  17/14
  21/24 22/7 25/17
  25/19
month [1]  8/16
months [1]  18/6
more [5]  18/16 20/25
  24/21 24/24 29/19
morning [7]  4/2 4/12
  5/16 20/10 20/13
  20/19 26/10
most [2]  14/9 16/11
motivating [7]  12/9
  14/23 15/2 27/11
  27/22 28/6 28/12
motivation [1]  27/18
move [1]  5/24
Mr. [8]  8/20 10/13
  19/20 20/11 21/2
  22/11 27/2 30/23
Mr. Riess [8]  8/20
  10/13 19/20 20/11
  21/2 22/11 27/2
  30/23
Mt [1]  12/7
much [3]  27/4 27/13
  30/9
Murphy's [1]  20/1

must [1]  17/9
my [4]  4/20 12/16
  18/21 28/4

**N**

nail [1]  18/21
nailing [1]  24/6
name [1]  6/8
nation's [1]  22/23
necessary [1]  16/11
need [3]  14/25 16/2
  17/11
needed [2]  18/11
  18/14
needing [1]  7/8
needs [7]  12/7 15/16
  17/5 18/12 18/13
  18/16 22/24
negotiating [1]
  16/10
news [1]  21/3
next [1]  29/23
no [11]  1/4 15/3
  15/23 16/8 16/13
  25/17 25/19 27/10
  27/17 29/8 29/24
non [1]  14/8
non-retaliatory [1]
  14/8
none [1]  16/6
not [41]
note [1]  22/10
notice [13]  9/22
  9/25 10/9 13/15
  16/22 21/19 21/21
  21/22 22/6 26/17
  26/22 26/25 27/5
notices [3]  10/1
  10/10 14/14
now [6]  4/3 4/5
  15/19 18/6 20/21
  24/2
number [5]  9/14 9/16
  9/20 10/7 14/13
NW [3]  2/3 2/15 3/4

**O**

objection [2]  10/24
  11/8
objections [2]  7/7
  7/21
objective [1]  10/24
obligated [2]  16/24
  21/22
observations [1]
  4/21
obtain [1]  18/22
obviously [4]  5/8
  6/5 19/14 28/7
October [9]  9/22
  10/1 10/9 10/10
  13/16 14/11 14/14
  22/4 22/16
off [1]  25/11
offered [1]  26/6

office [1]  2/8
offices [1]  9/13
Official [1]  3/3
Oh [1]  25/21
Okay [21]  8/1 8/9
  8/9 8/19 10/12 10/12
  11/12 15/5 15/6
  19/19 20/17 21/1
  21/10 25/15 25/21
  26/2 29/13 29/25
  30/6 30/17 30/25
OMB [1]  6/7
once [1]  20/25
one [19]  5/3 7/19
  10/19 11/5 12/23
  18/24 19/6 19/15
  19/18 19/20 21/2
  23/9 23/23 24/24
  26/9 26/14 26/17
  29/4 29/5
ones [1]  16/5
online [1]  20/13
only [3]  17/14 25/6
  28/21
opportunity [2]  7/24
  12/12
opposed [1]  7/15
other [10]  12/18
  18/1 23/4 23/25
  25/10 25/25 26/24
  27/17 28/20 29/5
our [21]  5/18 5/19
  5/19 5/22 7/8 10/2
  10/14 13/1 13/2 16/5
  17/7 17/16 17/16
  17/19 21/12 22/1
  24/9 25/5 25/12
  25/22 27/16
out [11]  4/15 4/21
  7/18 12/1 16/3 16/12
  17/13 18/16 22/3
  23/13 26/12
own [2]  13/1 13/2

**P**

p.m [1]  1/6
pace [1]  5/24
page [1]  16/1
page 5 [1]  16/1
panoply [1]  24/5
papers [1]  5/18
paradigm [4]  11/21
  11/24 12/20 13/19
paradigming [1]  12/7
paradigms [2]  11/18
  12/17
part [1]  9/12
partial [1]  24/1
particular [1]  17/18
parties [4]  4/8 4/17
  6/24 23/24
PAUL [4]  1/3 2/10
  4/6 20/22
Pause [1]  20/5
paying [1]  18/12

**P**

per [1]   8/3
permission [1]   26/8
person [1]   7/9
perspective [1]   8/11
phrased [1]   14/22
physical [1]   25/2
PI [1]   5/12
piece [1]   21/3
place [2]   23/24 25/8
plaintiffs [20]   1/4
  2/2 4/10 5/8 5/17
  5/22 7/8 11/22 12/2
  12/23 15/25 16/22
  17/3 17/24 18/4
  19/10 19/22 20/7
  30/5 30/22
plaintiffs' [5]   4/24
  5/14 15/8 16/18
  21/11
plan [2]   18/14 31/1
planning [1]   6/1
please [1]   20/4
PLLC [1]   2/3
point [8]   16/19 19/3
  23/21 24/22 24/24
  28/21 29/13 31/3
pointed [1]   28/19
political [1]   10/19
posited [1]   11/17
position [7]   4/24
  5/20 12/18 14/4
  27/13 27/21 27/25
positioning [1]
  15/12
possession [1]   25/2
possibility [1]   7/19
possible [2]   5/24
  10/15
posture [1]   15/24
potential [1]   26/13
pre [1]   5/2
pre-judging [1]   5/2
precedence [1]   19/11
precedent [1]   17/11
preliminary [4]
  19/24 21/7 24/16
  24/19
premise [2]   27/1
  27/4
prepared [4]   5/6
  6/15 7/13 9/3
preponderance [2]
  23/16 24/17
present [4]   4/8
  20/24 20/24 23/18
presiding [2]   4/4
  20/20
press [4]   22/16 23/5
  23/6 23/13
presupposes [1]
  26/15
Prettyman [1]   3/4
previously [1]   20/24
primary [13]   9/20

14/15 14/15 14/18
14/19 27/7 27/7
28/13 28/22 29/9
prime [6]   25/3 25/4
  25/7 25/11 25/20
  25/21
prime agreements [1]
  25/3
prior [1]   14/11
priorities [2]   11/1
  11/8
prism [1]   12/6
probably [4]   6/4 6/6
  24/14 24/20
problem [1]   20/16
problems [1]   26/13
proceed [2]   7/14
  30/18
proceedings [6]   1/9
  3/6 6/10 24/1 31/8
  32/4
process [2]   6/1 9/12
produced [1]   3/7
production [1]   6/13
program [1]   9/12
Programs [1]   2/14
projects [3]   22/20
  22/23 22/25
promptly [1]   8/18
proposed [1]   5/1
protected [4]   12/8
  12/13 13/21 13/22
protection [5]   10/17
  11/5 14/21 27/16
  28/5
provided [1]   26/18
providing [1]   27/5
public [1]   25/24
purpose [2]   15/2
  27/23
purposes [2]   9/6
  14/13
put [2]   30/8 30/19
putting [1]   4/17
Pyrrhic [1]   26/22

**Q**

question [15]   5/7
  7/21 7/24 10/19 13/6
  14/1 15/7 19/20 21/4
  21/17 22/9 26/5 28/9
  29/3 29/11
questions [1]   27/7
quick [1]   5/24
quickly [4]   5/9 8/16
  20/12 26/9
quite [1]   27/8
quo [1]   26/20

**R**

raised [1]   21/17
rather [1]   5/20
rational [2]   10/22
  28/11

re [1]   20/21
re-calling [1]   20/21
reach [1]   8/25
reached [2]   12/14
  19/3
read [3]   9/4 10/4
  22/15
ready [1]   20/12
realistic [1]   8/11
realize [1]   6/11
really [3]   9/1 19/7
  28/6
Realtime [1]   3/3
reason [19]   9/21
  10/8 10/20 10/20
  12/22 13/14 14/8
  14/15 14/18 14/19
  15/1 15/24 19/4
  23/12 27/7 27/8 27/8
  28/20 28/22
reasons [2]   22/5
  28/24
rebut [1]   13/1
receive [1]   19/12
received [2]   8/23
  23/8
Recess [1]   20/18
reconsider [1]   5/6
reconvened [1]   20/20
record [9]   4/5 8/4
  8/5 18/2 20/21 23/20
  24/8 24/10 32/3
recorded [1]   3/6
records [1]   6/5
red [2]   10/21 11/7
refuse [1]   7/20
Registered [1]   3/2
regulatory [2]   18/11
  18/15
related [1]   28/5
release [4]   22/16
  23/5 23/6 23/13
relevant [2]   6/6 6/9
remember [2]   19/17
  24/15
removal [1]   18/3
removed [5]   17/12
  17/15 17/19 18/1
  18/7
Report [1]   4/18
Reporter [4]   3/2 3/2
  3/3 3/3
requests [1]   6/13
required [2]   12/19
  24/18
requirements [2]
  18/15 18/15
res [1]   14/16
rescinded [1]   22/7
respect [5]   9/6 15/9
  17/17 18/20 24/10
rest [2]   20/7 31/4
resulting [1]   22/20
retaliation [7]
  11/24 11/25 12/6

13/20 13/21
14/5
retaliatory [1]   14/8
review [5]   9/12
  15/23 16/14 18/12
  22/12
reviewed [1]   8/24
revised [2]   9/4 11/2
revisions [1]   18/17
Riess [10]   2/13 4/11
  8/20 10/13 19/20
  20/11 21/2 22/11
  27/2 30/23
right [15]   4/12 4/15
  8/20 12/10 17/25
  20/6 21/11 23/7 28/3
  29/1 29/16 29/22
  30/1 31/1 31/4
RMR [2]   32/2 32/8
routine [1]   25/9
rule [1]   7/18

**S**

said [9]   14/10 15/25
  22/3 22/11 22/14
  23/2 27/10 27/25
  28/24
SAINT [3]   1/3 4/6
  20/22
same [3]   10/2 24/20
  24/21
satisfied [5]   17/12
  17/25 18/4 19/11
  28/10
satisfy [1]   17/24
savings [1]   22/20
say [16]   7/3 7/3
  7/16 12/1 12/5 12/12
  12/21 14/9 17/23
  19/22 22/10 23/13
  25/17 28/1 28/23
  30/12
saying [5]   8/2 8/6
  14/3 23/10 29/8
says [5]   21/20 21/21
  22/18 22/22 26/20
scope [1]   5/9
scrutiny [3]   28/9
  28/10 28/11
se [1]   8/3
second [2]   11/23
  22/2
secondly [1]   10/22
see [9]   12/15 15/15
  15/19 27/3 28/18
  29/13 29/18 30/15
  31/2
seek [1]   14/5
seeking [1]   6/10
seems [1]   23/20
selection [3]   9/21
  10/8 13/14
send [1]   27/2
sense [3]   30/7 30/10
  30/13

**S**

sent [4]   10/1 10/10 13/15 23/12
sentence [4]   9/11 9/15 9/19 10/5
sentences [2]   9/10 22/15
session [1]   4/3
set [3]   16/24 19/9 30/7
seven [4]   9/7 16/17 23/25 24/2
should [5]   9/14 11/25 13/13 14/13 17/11
show [7]   6/6 7/20 14/25 27/16 27/17 27/22 29/9
showing [1]   12/8
side [1]   23/17
signed [1]   18/7
similarly [3]   13/7 16/5 25/25
simply [1]   10/18
since [1]   16/8
situated [2]   16/5 25/25
slightly [1]   19/9
slow [1]   6/11
so [42]
sole [3]   14/25 27/8 27/11
solely [2]   24/3 26/17
some [11]   5/21 9/16 9/17 12/8 17/4 18/2 19/4 19/5 21/12 23/17 28/7
somebody [1]   6/8
something [7]   7/21 8/15 26/23 27/19 29/19 30/8 30/20
sometimes [3]   18/10 18/13 18/16
sorry [3]   6/25 10/4 30/12
sort [23]   4/20 5/7 5/19 5/23 10/13 11/6 11/17 11/18 11/20 11/23 12/1 15/24 18/12 21/18 22/11 23/15 24/1 24/5 24/25 26/25 27/7 28/6 29/15
speak [1]   30/15
specific [2]   14/14 18/9
speech [1]   13/21 13/22
spelled [1]   17/13
spoken [1]   30/11
St [1]   2/10
stage [1]   23/16
stand [2]   16/6 26/12
standard [4]   24/13

standards [1]   24/20
standing [8]   11/14 11/16 18/19 18/24 21/2 21/17 22/9 23/14
start [3]   5/14 18/11 21/15
state [7]   9/23 10/11 10/21 10/21 11/7 11/7 13/17
stated [2]   10/24 11/8
statement [2]   8/23 23/1
states [7]   1/1 1/10 9/5 9/17 9/18 10/2 14/16
status [6]   1/9 4/18 15/11 22/11 24/7 26/20
statutory [1]   18/15
stenography [1]   3/6
step [2]   17/5 18/2
stephen [3]   2/2 2/6 4/9
Stephen Wirth [1]   4/9
steps [2]   16/4 29/23
stick [1]   12/20
still [14]   12/11 12/21 13/1 14/4 15/20 15/22 16/13 16/14 17/4 18/2 22/12 22/16 26/21 26/25
stipulate [5]   4/25 9/8 12/22 28/1 28/21
stipulated [4]   6/21 6/21 8/4 8/5
stipulating [1]   14/18
stipulation [21]   4/23 5/1 5/7 9/4 10/15 10/18 11/2 11/11 13/7 14/10 15/11 15/18 15/25 16/6 19/23 21/6 23/25 26/5 26/14 27/1 27/3
stipulations [1]   12/16
streamline [1]   10/16
Street [1]   2/15
subgrantee [1]   25/18
subject [5]   8/13 21/24 23/23 24/17 26/3
submission [1]   7/7
submit [1]   9/3
submitted [2]   6/22 7/21
submitting [1]   6/18
substantive [1]   25/6
such [1]   11/20

suffice [1]   23/8
suffices [1]   29/10
sufficient [7]   5/1 11/11 13/8 13/24 15/4 25/7 27/21
suficiente [1]   14/16
Suite [2]   2/4 2/9
support [2]   5/2 11/4
supporting [1]   22/19
suppose [2]   7/11 10/19
Supreme [2]   28/16 29/18
Supreme Court [2]   28/16 29/18
sure [3]   19/21 20/14 28/13
systems [2]   18/14 25/8

**T**

take [8]   5/13 7/14 12/13 14/4 16/2 23/17 25/16 31/3
taken [4]   12/1 15/23 17/5 24/22
taking [1]   16/4
talk [2]   29/23 30/2
talking [1]   16/1
target [2]   11/24 11/25
targeted [1]   5/25
taxpayers [1]   22/21
tell [2]   27/8 28/14
ten [2]   8/15 16/7
ten days [1]   8/15
term [1]   12/10
terminate [2]   22/4 26/16
terminated [11]   9/14 13/2 14/7 14/13 16/17 22/13 23/2 23/12 23/20 26/21 26/25
termination [5]   9/21 10/1 10/10 22/19 23/8
terminations [2]   13/15 26/18
terms [14]   4/23 5/9 6/17 7/13 10/14 11/13 14/4 14/23 15/11 17/13 24/11 25/1 27/21 29/16
test [2]   27/10 28/2
testify [1]   7/9
testimony [1]   7/15
than [4]   5/20 19/9 27/13 29/19
thank [6]   8/22 20/17 21/14 27/2 31/6 31/7
Thank you [5]   8/22 20/17 21/14 31/6 31/7
Thanks [2]   4/13 31/4

that [167]
that's [17]   13/4 13/7 13/10 14/16 16/11 17/14 17/25 18/11 19/6 21/3 23/12 25/23 27/13 27/24 28/23 28/15 29/6
their [11]   5/2 7/20 12/23 12/24 12/25 15/10 15/25 22/16 23/4 26/9 27/20
them [3]   16/3 19/16 30/11
themselves [4]   19/10 19/10 22/3 23/1
then [27]   4/21 5/11 6/13 7/11 8/2 8/5 9/10 10/22 11/13 12/11 15/7 15/9 16/22 16/23 19/4 19/7 19/17 20/12 21/24 22/5 22/22 23/2 23/12 24/2 28/1 29/2 31/3
there [22]   5/15 6/14 9/10 10/22 11/5 11/17 12/7 13/11 13/13 16/13 16/15 18/12 19/11 21/2 24/10 25/10 26/12 26/15 26/15 27/17 28/24 31/3
there's [11]   7/19 14/17 16/8 17/4 17/10 18/12 19/17 21/15 21/21 28/7
these [28]   10/20 12/15 13/2 14/7 14/7 14/13 14/14 15/19 15/20 16/2 16/4 16/10 17/12 17/15 17/17 17/18 18/8 18/24 18/24 21/19 22/4 22/22 22/25 23/11 24/25 26/16 26/21
they [23]   5/3 7/20 12/24 12/25 13/12 13/16 14/15 15/22 16/13 16/14 17/5 17/17 17/23 17/25 18/1 19/2 19/2 22/3 23/1 23/2 27/24 28/1 29/4
they're [4]   16/15 22/12 28/21 29/8
they've [2]   19/5 19/12
thing [2]   23/9 25/9
things [5]   6/12 10/16 21/13 25/10 29/12
think [38]

**T**

**third [3]**   10/4 11/4 19/18
**this [37]**
**those [16]**   12/17 14/22 15/12 17/3 18/5 18/20 19/14 22/9 22/12 22/25 24/2 24/4 24/7 25/4 25/17 29/12
**though [3]**   19/12 25/16 26/13
**thought [1]**   28/15
**thoughts [1]**   8/21
**three [15]**   9/10 15/10 15/20 16/7 16/10 17/3 17/17 18/20 18/24 18/24 21/15 22/25 24/4 24/7 25/17
**through [2]**   12/5 21/18
**time [5]**   14/7 17/10 21/12 26/6 30/21
**timetable [1]**   8/11
**titled [1]**   32/4
**today [7]**   18/19 18/22 22/11 22/18 26/10 27/9 29/8
**together [2]**   4/17 31/2
**tomorrow [4]**   26/10 30/4 30/20 31/2
**too [1]**   29/14
**took [1]**   27/14
**total [1]**   16/24
**towards [1]**   9/3
**tranche [4]**   9/22 9/25 10/9 16/15
**transcript [3]**   1/9 3/6 32/3
**transcription [1]**   3/7
**treated [1]**   19/2
**treating [1]**   16/4
**treatment [7]**   11/6 16/16 28/20 28/22 28/25 29/5 29/10
**trial [5]**   5/21 6/20 8/3 8/4 19/24
**true [1]**   23/15
**Trump [2]**   27/15 29/14
**try [4]**   6/9 8/25 15/17 18/21
**trying [2]**   4/15 15/18
**turn [2]**   15/7 21/11
**two [7]**   5/11 10/20 11/18 12/24 19/7 22/15 28/24

**U**

**U.S [2]**   2/13 22/18
**ultimately [4]**   12/11

253/14  256/00/13
**unclear [1]**   15/12
**under [5]**   11/18 12/17 15/22 16/13 22/12
**underlying [1]**   16/25
**understand [7]**   4/24 5/3 12/4 17/21 19/20 25/8 25/23
**understanding [9]**   17/7 17/16 17/17 17/20 19/6 25/5 25/12 25/22 28/4
**Understood [1]**   23/22
**unequal [1]**   11/6
**unique [1]**   24/3
**UNITED [2]**   1/1 1/10
**unless [2]**   5/5 6/7
**up [4]**   10/16 16/20 22/16 29/15
**us [6]**   15/9 22/9 25/13 26/12 27/1 27/2
**usdoj.gov [1]**   2/16

**V**

**valid [2]**   10/20 14/8
**value [1]**   19/18
**versus [7]**   4/6 10/21 14/18 20/22 27/7 27/8 29/14
**very [12]**   4/19 6/18 7/16 15/14 25/8 26/9 27/4 27/13 29/12 29/15 30/9 30/25
**VIA [1]**   1/9
**victory [1]**   26/22
**view [2]**   17/1 17/1
**viewpoint [4]**   11/20 11/21 13/19 13/21
**views [1]**   21/13
**voters [2]**   11/22 12/1
**Vought's [1]**   6/10
**vs [1]**   1/5

**W**

**waive [1]**   7/6
**walk [1]**   21/18
**want [6]**   7/18 8/25 26/9 27/19 27/25 30/8
**warranted [2]**   30/11 30/14
**was [34]**
**Washington [4]**   1/5 2/4 2/15 3/5
**way [4]**   5/3 10/16 26/9 30/18
**we [83]**
**we believe [3]**   11/10 22/8 25/24
**we have [1]**   13/11
**we would [1]**   6/18
**we'll [5]**   7/4 8/16

15/7 15/24 19/23
**we're [12]**   5/20 6/1 6/9 9/1 12/5 15/22 15/24 20/21 23/5 23/25 24/15 29/6
**we've [3]**   12/22 30/1 30/14
**website [1]**   22/17
**weird [1]**   15/24
**well [8]**   8/12 11/15 12/12 15/14 16/20 26/20 28/1 28/24
**were [25]**   5/11 9/17 9/17 9/22 10/1 10/9 10/10 11/17 13/11 13/16 13/18 13/24 14/15 14/21 15/17 19/22 21/5 21/6 21/19 22/5 22/6 23/2 24/25 25/25 26/3
**what [26]**   5/7 5/12 6/4 6/5 6/17 7/3 7/4 8/3 8/3 8/6 8/10 8/10 8/20 12/3 15/12 15/17 16/11 16/18 17/21 18/10 22/11 22/13 24/6 24/25 27/20 27/24
**what's [1]**   28/9
**whatever [4]**   18/3 19/3 19/11 23/13
**when [8]**   17/10 17/15 17/23 18/7 20/12 21/19 21/19 26/17
**where [18]**   4/15 4/21 10/13 11/24 12/18 15/9 19/2 21/13 21/15 23/24 26/19 27/14 28/1 28/15 28/18 29/6 30/16 31/2
**whether [12]**   9/23 10/11 10/19 10/22 13/16 19/4 21/5 27/9 27/11 28/12 29/11 30/14
**which [14]**   6/20 9/21 10/1 10/8 10/10 10/24 11/5 16/24 19/21 22/8 23/23 25/8 26/22 26/23
**White [1]**   6/2
**who [3]**   7/19 15/10 16/17
**who's [1]**   6/8
**why [5]**   5/3 5/14 20/11 29/18 30/1
**will [5]**   8/5 11/6 11/21 16/2 16/4
**William [3]**   3/2 32/2 32/8
**willing [4]**   5/6 5/24 7/6 28/21
**willingness [1]**   4/25
**win [1]**   26/20

2/2 4/9
**Wirth [2]**
**Wisconsin [1]**   2/3
**wish [1]**   12/21
**Within [1]**   9/16
**witness [2]**   6/7 7/19
**witnesses [1]**   7/24
**wondering [1]**   12/15
**words [2]**   12/18 18/2
**work [2]**   18/16 30/23
**works [1]**   30/22
**world [1]**   26/19
**would [53]**
**wouldn't [1]**   7/3
**WRIGHT [3]**   1/6 4/7 20/23
**writing [3]**   27/3 27/20 30/8
**wrong [1]**   16/19

**Y**

**Yeah [3]**   23/3 24/23 29/13
**yes [13]**   5/16 7/24 11/10 14/14 16/19 17/7 20/9 21/9 21/14 23/3 28/17 30/5 30/24
**yet [4]**   17/3 23/11 26/8 26/22
**you [106]**
**you know [44]**
**you would [1]**   24/17
**you're [6]**   6/23 7/1 8/2 8/3 20/12 21/2
**you've [1]**   8/10
**your [57]**
**Your Honor [36]**
**Your Honor's [3]**   8/13 26/8 27/6
**yourselves [1]**   30/2

**Z**

**Zaremba [3]**   3/2 32/2 32/8
**ZOOM [1]**   1/9