IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF SAINT PAUL, MINNESOTA, *et al.*,<br><br>   *Plaintiffs*,<br> v.<br><br>CHRISTOPHER WRIGHT, in his official capacity as Secretary of Energy, *et al*.,<br><br>   *Defendants*. | Case No. 1:25-cv-3899-APM |

**STIPULATION OF VOLUNTARY DISMISSAL**

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs voluntarily dismiss their claims without prejudice, with respect to awards FE0032658, FE0032699, and FE0032657, based on the following stipulation agreed upon by Defendants:

  1. Notices of selection under Funding Opportunity Number DE-FOA-00003256 were sent by the U.S. Department of Energy ("DOE") in December 2024.  The notices stated that "DOE makes no commitment to issue an award and assumes no financial obligation with the issuance of this letter" and that "[u]ntil the award is definitized and the recipient receives Grants/Contracting Officer approval by way of an amendment to the award, DOE will not reimburse the recipient for any costs incurred under the project."

  2. DOE issued awards FE0032658, FE0032699, and FE0032657 in January 2025.  The award agreements stated that the full amount of each award was obligated but did not represent that the awardee had access to use the funds associated with the award.

  3. DOE represents that the awards have not been definitized but are still capable of being definitized.

1

4. DOE represents that the inclusion of awards FE0032658, FE0032699, and FE0032657 in the October 2025 list of terminated awards did not terminate the awards.

5. DOE represents that, to date, it has not terminated awards FE0032658, FE0032699, and FE0032657.

6. DOE represents that the funds for FE0032658, FE0032699, and FE0032657 are still obligated.

Dated: December 23, 2025        Respectfully submitted,

/s/ Daniel F. Jacobson
Daniel F. Jacobson (D.C. Bar 1016621)
Stephen K. Wirth (D.C. Bar 1034038)
John Robinson (D.C. Bar 1044072)
JACOBSON LAWYERS GROUP PLLC
5100 Wisconsin Ave. NW, Suite 301
Washington, DC 20016
Tel: (301) 823-1148
dan@jacobsonlawyersgroup.com

*Counsel for Plaintiffs*

Vickie L. Patton (CO Bar 30370)*
Peter Zalzal (CO Bar 42164)*
Rosalie Winn (CO Bar 52662)*
Stephanie Jones (NY Bar 5590724)*
2060 Broadway, Suite 300
Boulder, CO 80302
(720) 837-6239
vpatton@edf.org

*Counsel for Plaintiff Environmental Defense Fund*

LYNDSEY OLSON
Saint Paul City Attorney

By: /s/ Kelsey McElveen
Kelsey McElveen[+]
Office of the City Attorney
15 W. Kellogg Blvd., 400 City Hall
Saint Paul, MN 55102
(651) 226-8710

*Counsel for Plaintiff Saint Paul, Minnesota*

\*Pro hac vice forthcoming
[+]Pro hac vice pending


BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH BORSON
Assistant Branch Director
Federal Programs Branch


  /s/ Daniel Riess
JOHN BAILEY (Ohio Bar No. 104260)
Counsel to the Assistant Attorney General
DANIEL RIESS (Texas Bar No. 24037359)
ELIZABETH B. LAYENDECKER (Cal. Bar No. 357429)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C.  20005
Tel: (202) 353-3098
Daniel.Riess@usdoj.gov
*Attorneys for Defendants*

3