**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CITY OF SAINT PAUL, MINNESOTA, *et al.*,

       *Plaintiffs*,

    v.

CHRISTOPHER WRIGHT, in his official
capacity as Secretary of Energy, *et al.*,

       *Defendants*.

Case No. 1:25-cv-3899-APM

## JOINT STATUS REPORT

The Court's January 12, 2026 Memorandum Opinion and Order (ECF No. 28) directed the parties to "file a Joint Status Report by January 16, 2026, which indicates whether Plaintiffs still seek permanent injunctive relief and whether Plaintiffs intend to move for attorney's fees. The Joint Status Report also shall propose the necessary briefing schedules." *Id.* at 17.  In accordance with the Court's instructions, the parties now respectfully file this Joint Status Report.

Plaintiffs still plan to seek permanent injunctive relief in this case.  The parties therefore propose the following briefing schedule on the issue of permanent injunctive relief:

| | |
|---|---|
| Plaintiffs' opening brief | January 30, 2026 |
| Defendants' response brief | February 13, 2026 |
| Plaintiffs' reply brief | February 20, 2026 |

Plaintiffs do not intend to move for attorney's fees.

1

Dated: January 16, 2026                    Respectfully submitted,


                                           */s/ Daniel F. Jacobson*
                                           Daniel F. Jacobson (D.C. Bar 1016621)
                                           Stephen K. Wirth (D.C. Bar 1034038)
                                           John Robinson (D.C. Bar 1044072)
                                           JACOBSON LAWYERS GROUP PLLC
                                           5100 Wisconsin Ave. NW, Suite 301
                                           Washington, DC 20016
                                           Tel: (301) 823-1148
                                           dan@jacobsonlawyersgroup.com

                                           *Counsel for Plaintiffs*

                                           Vickie L. Patton (CO Bar 30370)*
                                           Peter Zalzal (CO Bar 42164)*
                                           Rosalie Winn (CO Bar 52662)*
                                           Stephanie Jones (NY Bar 5590724)*
                                           2060 Broadway, Suite 300
                                           Boulder, CO 80302
                                           (720) 837-6209
                                           vpatton@edf.org

                                           *Counsel for Plaintiff Environmental Defense Fund*

                                           IRENE KAO
                                           Saint Paul City Attorney

                                           By: */s/ Kelsey McElveen*
                                           Kelsey McElveen (admitted *pro hac vice*)
                                           Office of the City Attorney
                                           15 W. Kellogg Blvd., 400 City Hall
                                           Saint Paul, MN 55102
                                           (651) 226-8710

                                           *Counsel for Plaintiff Saint Paul, Minnesota*

                                           *Pro hac vice forthcoming

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH BORSON
Assistant Branch Director
Federal Programs Branch


  _/s/ Daniel Riess_
JOHN BAILEY (Ohio Bar No. 104260)
Counsel to the Assistant Attorney General
DANIEL RIESS (Texas Bar No. 24037359)
ELIZABETH B. LAYENDECKER (Cal. Bar No. 357429)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C.  20005
Tel: (202) 353-3098
Daniel.Riess@usdoj.gov
*Attorneys for Defendants*