**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **CITY OF SAINT PAUL, MINNESOTA, et al.,** ) ) ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Case No. 25-cv-03899 (APM)** |
| ) | |
| **CHRISTOPHER WRIGHT,** ) | |
| *in his official capacity as Secretary of Energy*, ) | |
| **et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

For the reasons set forth in the court's Memorandum Opinion and Order, ECF No. 28, the October termination notices for Award Nos. EE0011131, EE0011801, EE0009951, EE0011133, EE0010930, EE0010622, and FE0032276 shall remain vacated.

For the reasons set forth in the court's Memorandum Opinion, ECF No. 33, Plaintiffs' Request for Permanent Injunctive Relief, ECF No. 30, is denied.

This is a final, appealable order.

Dated:  April 3, 2026

Amit P. Mehta
United States District Judge